---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
                                         (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | TECHNOLOGY SOLUTIONS & SERVICES, INC., a California corporation |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)

   20 _ 0460383

4. **Debtor's address**

   **Principal place of business**

   458      East Commercial Road
   Number   Street

   _____

   San Bernardino      CA    92408
   City                State  ZIP Code

   San Bernardino
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City        State    ZIP Code

5. **Debtor's website** (URL)    www.tssius.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

| Debtor | TECHNOLOGY SOLUTIONS & SERVICES, INC., | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

811212__ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY

          District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No

☐ Yes.  Debtor _____ Relationship _____

          District _____ When _____
                                               MM / DD / YYYY

          Case number, if known _____

| Debtor | TECHNOLOGY SOLUTIONS & SERVICES, INC., | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

Number          Street

_____

_____
City                                             State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | TECHNOLOGY SOLUTIONS & SERVICES, INC., | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/25/2018
              MM / DD / YYYY

✗ _[signature]_                                   Julio C. Garcia, Jr.
Signature of authorized representative of debtor       Printed name

Title  CFO

**18. Signature of attorney**

✗ /s/ Leonard M. Shulman                          Date  9/25/2018
Signature of attorney for debtor                          MM / DD / YYYY

Leonard M. Shulman
Printed name
Shulman Hodges & Bastian LLP
Firm name
100        Spectrum Center Drive, Suite 600
Number     Street
Irvine                                    CA      92618
City                                      State   ZIP Code
949-340-3400                              lshulman@shbllp.com
Contact phone                             Email address

126349                                    CA
Bar number                                State

**Fill in this information to identify the case:**

Debtor name **TECHNOLOGY SOLUTIONS & SERVICES, INC.**

United States Bankruptcy Court for the **Central** District of **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HP INC Attn President/Manager Agent Attn Darleen Arisco 11445 Compaq Center Dr W Houston, TX  77070 | HP INC Attn President/Manager Agent Attn Darleen Arisco 11445 Compaq Center Dr W Houston, TX  77070 Email: darisco@hp.com Telephone: 281-927-7729 | $6,722,107.07 | | | | $6,722,107.07 |
| 2 | Lenovo US Attn President/Manager Agent Attn Krirstin Neira 1009 Think Place B1 215 Morisville,  NC 27560 | Lenovo US Attn President/Manager Agent Attn Krirstin Neira 1009 Think Place B1 215 Morisville,  NC 27560 Email: kirstinb@lenovo.com Telephone: 919-294-2672 | $3,900,279.55 | | | | $3,900,279.55 |
| 3 | American Express Travel Related Services Company Inc Attn President/Manager Agent Box 0001 Los Angeles, CA 90096-8000 | Gregory E Galtero, Esq Benjamin R Blum, Esq Jaffe & Asher LLP 600 Third Avenue New York, NY 10016 Email:  ggalterio@jaffeandasher.com Telephone:  212-687-3000; ext 2526 | $767,036.76 | Contingent Unliquidated Disputed | | | $767,036.76 |
| 4 | GLOBAL CONTAINERS & CUSTOM PACKAGING Attn President/Manager Agent Attn Sylvia Calvillo 1555 Goodyear Drive Suite B El Paso, TX 79936 | GLOBAL CONTAINERS & CUSTOM PACKAGING Attn President/Manager Agent Attn Sylvia Calvillo 1555 Goodyear Drive Suite B El Paso, TX 79936 Email: scalvillo@globalcontainers.net Telephone: 915-591-2904 | $607,707.76 | | | | $607,707.76 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | XPC/COMPAX IDEAS Y TECNOLOGIA SA DE CV Attn President/Manager Agent Attn Monica Lozano Rio de Janeiro 198, San Isidro Londres y Bruselas, Torreon Coahuila MEXICO CP27100 | XPC/COMPAX IDEAS Y TECNOLOGIA SA DE CV Attn President/Manager Agent Attn Monica Lozano Rio de Janeiro 198, San Isidro Londres y Bruselas, Torreon Coahuila MEXICO CP27100 Email: monica@compax.com.mx Telephone: 011-52-871-718-0102 | $283,500.00 | | | | $283,500.00 |
| 6 | QUANTA COMPUTER INC. Attn President/Manager Agent Attn Daisy Ciang 188 Wenhwa 2nd Rd Guishan Dist Tao Yuan City 33377 TAIWAN | QUANTA COMPUTER INC. Attn President/Manager Agent Attn Daisy Ciang 188 Wenhwa 2nd Rd Guishan Dist Tao Yuan City 33377 TAIWAN Email: daisy.ciang@quantacn.com Telephone: 886-3-327-2345 | $106,343.76 | | | | $106,343.76 |
| 7 | ATLANTIC SEMICONDUCTOR Attn President/Manager Agent Attn Bob Carvalho 9 Centennial Drive Peabody MA 01960 | ATLANTIC SEMICONDUCTOR Attn President/Manager Agent Attn Bob Carvalho 9 Centennial Drive Peabody MA 01960 Email: bobc@atlanticsemi.com Telephone: 978- 538 7300 | $82,589.00 | | | | $82,589.00 |
| 8 | HOUSTON FOAM PLASTICS Attn President/Manager Agent Attn Melissa Trevino 2019 Brooks St Houston, TX 77026 | HOUSTON FOAM PLASTICS Attn President/Manager Agent Attn Melissa Trevino 2019 Brooks St Houston, TX 77026 Email: melissa@houstonfoam.com Telephone: 713-224-3484 | $80,664.60 | | | | $80,664.60 |
| 9 | Hewlett-Packard Latin America Attn President/Manager Agent Attn Milene Chang Av. Vasci de Quiroga No.2999 Int S/N Col Peña Blanca Santa Fe del Alvarado Obregon Ciudad de Mexico, CP 01210 | Hewlett-Packard Latin America Attn President/Manager Agent Attn Milene Chang Av. Vasci de Quiroga No.2999 Int S/N Col Peña Blanca Santa Fe del Alvarado Obregon Ciudad de Mexico, CP 01210 Email: mileni.chang.rochin@hp.com Telephone: 011523331347552 | $62,760.20 | | | | $62,760.20 |
| 10 | EPES LOGISTICS SERVICES INC Attn President/Manager Agent Attn Jillian Caron 201 Mcculloh Drive Suite 310 Charlotte, NC 28262 | EPES LOGISTICS SERVICES INC Attn President/Manager Agent Attn Jillian Caron 201 Mcculloh Drive Suite 310 Charlotte, NC 28262 Email: jillian.caron@epeslogistics.com Telephone: 704-971-0900 | $55,164.73 | | | | $55,164.73 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | LOGISTIC & TRANSPORTATION SOLUTIONS Attn President/Manager Agent Attn Luis Reyes Carretera Mexicali-Aeropuerto Km17 S/N Col Herradura Mexicali, BC 21217 | LOGISTIC & TRANSPORTATION SOLUTIONS Attn President/Manager Agent Attn Luis Reyes Carretera Mexicali-Aeropuerto Km17 S/N Col Herradura Mexicali, BC 21217 Email: luis.reyes@ltsmexicusa.com Telephone: 760-666-9587 | $53,388.50 | | | | $53,388.50 |
| 12 | EESOURCE CORP Attn President/Manager Agent Sergio Garza 5F, 50 Minquan Rd., Xindian Dis New Taipei City Taiwan 23141 | EESOURCE CORP Attn President/Manager Agent Sergio Garza 5F, 50 Minquan Rd., Xindian Dis New Taipei City Taiwan 23141 Email: sergio@eesource.net Telephone: 886-2-29105000 | $46,465.00 | | | | $46,465.00 |
| 13 | TMX Logistics, Inc. Attn President/Manager Agent Attn Wallace Li 27 Spur Dr Butterfield Trail Ind Park El Paso, TX 79906 | TMX Logistics, Inc. Attn President/Manager Agent Attn Wallace Li 27 Spur Dr Butterfield Trail Ind Park El Paso, TX 79906 Email: wli@tatungmx.com Telephone: 915-772-5991 | $42,208.65 | | | | $42,208.65 |
| 14 | Pacific Rim Distribution Center LLC Attn Michael A Vogt, President/Manager of Manager Member 821 Kuhn Drive Suite 100 Chula Vista, CA 91914 | Pacific Rim Distribution Center LLC Attn Michael A Vogt, President/Manager of Manager Member 821 Kuhn Drive Suite 100 Chula Vista, CA 91914 Email: perla@iredevelopment.com Telephone: 619-591-2410 | $41,109.83 | | | | $41,109.83 |
| 15 | LITE ON TECHNOLOGY CORPORATION Attn President/Manager Agent Attn Coco Chang 22F. 392 Ruery Kuang Road Neihu Taipei 114 TAIWAN | LITE ON TECHNOLOGY CORPORATION Attn President/Manager Agent Attn Coco Chang 22F. 392 Ruery Kuang Road Neihu Taipei 114 TAIWAN Email: coco.chung@liteon.com Telephone: 886-2-8798-2888 | $31,311.72 | | | | $31,311.72 |
| 16 | GLOBAL TRANZ ENTERPRISES INC Attn President/Manager Agent Attn Isabel Quiroga 8460 Glen Vesta El Paso, TX 79907 | GLOBAL TRANZ ENTERPRISES INC Attn President/Manager Agent Attn Isabel Quiroga 8460 Glen Vesta El Paso, TX 79907 Email: a.gaytan@globaltranz.com Telephone: 915-595-0960 | $30,200.00 | | | | $30,200.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | DIGI PRINTING SOLUTIONS Attn President/Manager Agent Attn Valerie Schoggins PO Box 1161 Richmond TX 77406-1161 | DIGI PRINTING SOLUTIONS Attn President/Manager Agent Attn Valerie Schoggins PO Box 1161 Richmond TX 77406-1161 Email: vschoggins@digi-color.com Telephone: 713-934-9800 | $20,430.00 | | | | $20,430.00 |
| 18 | Ephone Supply Co. Attn President/Manager Agent Attn Edgar Sandoval Dept 906-196 High Rd Wood Green London | Ephone Supply Co. Attn President/Manager Agent Attn Edgar Sandoval Dept 906-196 High Rd Wood Green London Email: edgar.sandoval@ephonesupply.com Telephone: | $17,993.50 | | | | $17,993.50 |
| 19 | Aetna Attn President/Manager Agent Attn Deborah Arnold PO Box 67109 Harrisburg, PA 17106-7103 | Aetna Attn President/Manager Agent Attn Deborah Arnold PO Box 67109 Harrisburg, PA 17106-7103 Email: arnoldd@aetna.com Telephone: 904-351-3504 | $17,532.36 | | | | $17,532.36 |
| 20 | FEDEX Attn President/Manager Agent 3965 Airways Blvd Module G, 3rd Floor Memphis, TN 38116-5017 | FEDEX Attn President/Manager Agent 3965 Airways Blvd Module G 3rd Floor Memphis, TN 38116-5017 Email: Telephone: 800-622-1147 | $16,191.25 | | | | $16,191.25 |

TECHNOLOGY SOLUTIONS & SERVICES, INC.,
a California corporation

### CORPORATE RESOLUTION

This is to certify that at a meeting of the Board of Directors of **TECHNOLOGY SOLUTIONS & SERVICES, INC., a California corporation**, held on **September 6, 2018**, the following resolution was duly adopted:

"**WHEREAS**, this Corporation is unable to pay its debts as said debts mature;

"**NOW, THEREFORE, BE IT RESOLVED**, that the officers of this Corporation be, and they hereby are authorized and directed on behalf of this Corporation to prepare, file and execute the Corporation's Petition for Bankruptcy provided in **Chapter 11** of the Bankruptcy Code and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Central District of California, Riverside Division, and further to such end, to do any other acts, execute all necessary documents, and take any other steps in the name and in behalf of the Corporation necessary or appropriate to obtaining such relief; and the officers are further authorized to retain as counsel for the Corporation in said proceeding, the law firm of Shulman Hodges & Bastian LLP."

**SAID RESOLUTION** is still in full force and effect.

Dated: September 26, 2018

TECHNOLOGY SOLUTIONS & SERVICES, INC.,
a California corporation

By: _____
Julio C. Garcia, Jr., CFO

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>SHULMAN HODGES & BASTIAN LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone:  (949) 340-3400<br>Facsimile:  (949) 340-3000<br>Email:  LShulman@shbllp.com | |
| ☒ *Attorney for:* Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>TECHNOLOGY SOLUTIONS & SERVICES, INC.,<br><br><p align="right">Debtor(s).</p> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><p align="right">Plaintiff(s),</p> | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <p align="right">Defendant(s).</p> | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)*  Julio C. Garcia, Jr. _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    None
    _____

    [For additional names, attach an addendum to this form.]

  b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  09/25/2018                          By:  _____
                                                Signature of Debtor, or attorney for Debtor

                                           Name:  Julio C. Garcia, Jr.
                                                  Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2            **F 1007-4.CORP.OWNERSHIP.STMT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re

**TECHNOLOGY SOLUTIONS & SERVICES, INC.,**

Debtor.

Case No.
Chapter 11

**LIST OF EQUITY HOLDERS**

| Shareholder | % of Interest |
|---|---|
| Blanca Lila Garcia<br>3815 Valencia Ave<br>San Bernardino, CA 92404 | 45% |
| Eric Hih Peng Huang<br>12478 Farmborough Court<br>Mira Loma, CA 91752 | 45% |
| Peter Skuba<br>6101 Upland Rd<br>Camarillo, CA 93012 | 5% |
| Fred Anavim<br>102 Ambling<br>Brea, CA 92821 | 3% |
| Jim Sullivan<br>2238 Emerald Cir<br>Morro Bay, CA 93442 | 3% |

I declare, under penalty of perjury, that the foregoing is true and correct.

Date: September 25, 2018

**TECHNOLOGY SOLUTIONS & SERVICES, INC.**

Julio C. Garcia, Jr., CFO

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   Not Applicable

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   Not Applicable

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _San Bernardino_____, California

_____
Signature of Debtor

Date: _09/25/2018_____

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name  TECHNOLOGY SOLUTIONS & SERVICES, INC.

United States Bankruptcy Court for the:  Central   District of  California
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ _9,831,822.37

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ _9,831,822.37

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ _12,979,405.87

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................... $ _____ 526,226.51

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..................... + $ _16,684,476.72

4. **Total liabilities**............................................................................................
   Lines 2 + 3a + 3b                                                                   $ _30,190,109.10

**Fill in this information to identify the case:**

Debtor name ___Technology Solutions & Services, Inc.___

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | See attached | _____ | ___ ___ ___ ___ | $ 1,349,000.00 |
   | 3.2. | _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   |---|---|---|
   | 4.1. | Standby letters of credit issued by Bank of American in favor of HP - see attached | $ 1,012,786.25 |
   | 4.2. | _____ | $_____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 2,361,786.25

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | _____ | $_____ |
   | 7.2. | _____ | $_____ |

Debtor    Technology Solutions & Services, Inc._____    Case number (if known)_____
                    Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Calexico warehouse lease - IRE Development_____    $ 20,862.00

   8.2._____    $_____

9. **Total of Part 2.**    $ 20,862.00
   Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ■ Yes. Fill in the information below.

                                                        **Current value of debtor's
                                                        interest**

11. **Accounts receivable**

    11a. 90 days old or less:    338,500.12_____ – _____ = ........➔    $ 338,500.12
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ........➔    $_____
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**    $ 338,500.12
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ■ Yes. Fill in the information below.

                                        **Valuation method          Current value of debtor's
                                        used for current value      interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. Technology Solutions & Services SA De CV_____    99 %    Costs basis_____    $ 634,228.00

    15.2._____    ____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**    $ 634,288.00
    Add lines 14 through 16. Copy the total to line 83.

Debtor    Technology Solutions & Services, Inc. _____    Case number (if known) _____
               Name

---

## Part 5:   Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

■ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___ / ___ / ____ MM / DD / YYYY | $_____ | | $_____ |
| 20. **Work in progress** Located in Mexico | ___ / ___ / ____ MM / DD / YYYY | $_____ | Standard costs | $ 3,345,000.00 |
| 21. **Finished goods, including goods held for resale** Located in United States | ___ / ___ / ____ MM / DD / YYYY | $_____ | Standard costs | $ 2,025,000.00 |
| 22. **Other inventory or supplies** | ___ / ___ / ____ MM / DD / YYYY | $_____ | | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 5,370,000.00

Note: amount above is cost/book value.
Liquidation value is estimated to be less
than $1,000,000.00.

24. Is any of the property listed in Part 5 perishable?

■ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

■ Yes.  Book value   1,000,000.000     Valuation method _____     Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

■ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor  Technology Solutions & Services, Inc.                    Case number *(if known)*_____
_____
Name

33. **Total of Part 6.**                                                                    $_____

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture | $_____ | Cost less depreciation | $ 5,580.00 |
| 40. **Office fixtures** | | | |
| Office fixtures | $_____ | Cost less depreciation | $ 66,000.0 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Phone system, software, servers, etc. | $_____ | Cost less depreciation | $ 460,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                    $ 531,580.00

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor __Technology Solutions & Services, Inc.__                Case number (if known)_____
        <sub>Name</sub>

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See attached (includes 2 leased vehicles) | $_____ | cost less depreciation | $ 47,400.00 |
| 47.2 _____ | $_____ | | $_____ |
| 47.3 _____ | $_____ | | $_____ |
| 47.4 _____ | $_____ | | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | | $_____ |
| 49.2 _____ | $_____ | | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Machinery, equipment, label machines, wrap machines & rail, forklifts, wire machines, type II alum line, airkey equipment, clean booth, IDC detector, ~~manufacturing machines tv production line, generators, assembly line,~~ voltage testers, work stations, video monitoring station, etc. | $_____ | cost less depreciation | $ 376,466.00 |

51. **Total of Part 8.**                                                               $ 423,866.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  Technology Solutions & Services, Inc.
_____
  Name

Case number (if known)_____

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 458 E Commercial Rd, San Bernardino, CA | lease | $_____ | _____ | $ 0.00 |
| 55.2 1778 Carr Rd, Calexico, CA | lease | $_____ | _____ | $ 0.00 |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Technology Solutions & Services, Inc.                                Case number (if known)_____
             Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No

☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☐ No

☐ Yes

## Part 11:    All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71. Notes receivable

Description (include name of obligor)

_____    _____  –  _____  = ➜  $_____
                               Total face amount   doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

Federal and state (combined total)
_____    Tax year  2016      $ 151,000.00
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. Interests in insurance policies or annuities

_____                        $_____

74. Causes of action against third parties (whether or not a lawsuit
has been filed)

_____                        $_____

Nature of claim         _____

Amount requested        $_____

75. Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims

_____                        $_____

Nature of claim         _____

Amount requested        $_____

76. Trusts, equitable or future interests in property

_____                        $_____

77. Other property of any kind not already listed  Examples: Season tickets,
country club membership

                                                               $_____
_____
                                                               $_____
_____

78. Total of Part 11.

Add lines 71 through 77. Copy the total to line 90.              | $ 151,000.00 |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

☑ No

☐ Yes

Debtor     Technology Solutions & Services, Inc.
          _____
          Name

Case number (if known)_____

 **Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,361,786.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 20,862.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 338,500.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 634,228.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 5,370,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 531,580.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 423,866.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................... → | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 151,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 9,831,822.37   + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $ 9,831,822.37

**TECHNOLOGY SOLUTIONS & SERVICES, INC.**

**Schedule A/B Attachment, Item 3 Financial Accounts**

| Institution | Account Number | Type | Balance |
|---|---|---|---|
| Bank of America | 8584 | Savings | $1,000.00 |
| Bank of America | 7111 | ACH | $0.00 |
| Bank of America | 3300 | Payroll | $37,000.00 |
| Bank of America | 3296 | Checking | $1,311,000.00 |
| | | Total | $1,349,000.00 |

**Schedule A/B Attachment, Item 4 Financial Accounts**

| Institution | Account Number | Type | Balance |
|---|---|---|---|
| Bank of America | 0793 | Fixed Term CD for $500,000.00 irrevocable standby letter of credit issued by Bank of America in favor of Hewlett Packard (balance as of 1/19/2019) | $506,510.49 |
| Bank of America | 0794 | Fixed Term CD for $500,000.00 irrevocable standby letter of credit issued by Bank of America in favor of Hewlett Packard (balance as of 1/21/2018) (maturity date of 3/14/2019) | $506,275.76 |
| | | Total | $1,012,786.25 |

**TECHNOLOGY SOLUTIONS & SERVICES, INC.**
**Schedule A/B Attachment, Item 47 Vehicles**

| Vehicle | Value |
|---|---|
| 2003 Chrysler Town & Country, VIN #2C8GP54LX3R188031 | $400.00 |
| 2009 Pontiac G6, VIN #1G2ZG57B494126251 | $1,500.00 |
| 2001 Acura VIN #2HNYD18821H512891 | $500.00 |
| 2016 BMW X5S35I VIN #5UXKr2C51G0R71891 (leased) | $25,000.00 |
| 2016 Lexus RS 350 FWD VIN #2T2ZZMCA2GC018536 (leased) | $20,000.00 |
| Total | $47,400.00 |

**Fill in this information to identify the case:**

Debtor name **TECHNOLOGY SOLUTIONS & SERVICES, INC.**

United States Bankruptcy Court for the: **Central** District of **California**

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No.  Check this box and submit page 1 of this form to the court with the debtor's other schedules.  Debtor has nothing else to report on this form
    ☒ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.**
    **If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>Value of collateral that<br>supports this claim |
|---|---|---|---|
| **2.1   Creditor's name**<br><br>**Bank of America NA**<br><br>**Creditor's mailing address**<br>**Attn President/Manager Agent**<br>**CA9-702-03-93**<br>**101 S Marengo Ave 3rd Floor**<br>**Pasadena, CA 91101-2428**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred  2010**<br><br>**Last four digits of account number 0281 and 372**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No.<br>☐ Yes.  Specify each creditor, including this creditor, and its relative priority<br><br>**Lines of Credit/Loans ending 0281 and 0372,  and Credit Card:**<br>**Line of credit balance $10,900,000.00 as of 5/2018; Expansion loan balance $466,666.66 as of 5/31/2018; Credit card balance $926,056.06 as of 6/30/2018** | **Describe debtor's property that is subject to a lien**<br>**Blanket Lien on assets**<br>**Liens against ten Nissan Forklifts**<br><br>**Describe the lien**<br>**UCC-1 filed  10/20/2010**<br>**Filing No. 10-7248928778**<br><br>**UCC-1 filed 7/29/2011**<br>**Filing No. 11-7278989133**<br><br>**UCC-1 filed 9/8/2011**<br>**Filing No. 11-7283960592**<br><br>**Is the creditor an insider or related party?**<br>☒ No.<br>☐ Yes.<br><br>**Is anyone else liable on this claim?**<br>☐ No.<br>☒ Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated.<br>☐ Disputed | $12,292,722.72 | $9,831,822.00 |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $12,979,405.87 |
|---|---|---|

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>Value of collateral that<br>supports this claim |
|---|---|---|
| **2.2  Creditor's name**<br><br>**Internal Revenue Service**<br><br>Creditor's mailing address<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Creditor's email address, if known<br><br>Date debt was incurred **12/31/2016**<br><br>Last four digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐No.<br>☒Yes.  Specify each creditor, including this creditor, and its relative priority<br>　　**Bank of America NA senior priority** | Describe debtor's property that is subject to a lien<br>**All property of the Debtor**<br><br>Describe the lien<br>**Notice of Federal Tax Lien dated 9/5/2018; amended returns have been processed and the Debtor will be receiving a refund of approximately $151,000 on or about 10/8/18. It is anticipated that the Federal Tax Lien will be released within 30 days thereafter.**<br><br>Is the creditor an insider or related party?<br>☒No.<br>☐Yes.<br>Is anyone else liable on this claim?<br>☒No.<br>☐Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent.<br>☐ Unliquidated<br>☒ Disputed | $686,683.15 | $9,831,822.00 |

**Fill in this information to identify the case:**

Debtor name **TECHNOLOGY SOLUTIONS & SERVICES, INC.**

United States Bankruptcy Court for the: **Central** District of **California**

Case number (*If known*): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
                                                                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List Creditors With PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Nonpriority creditor's name and mailing address<br><br>**Fred Anavim**<br>**102 Ambling**<br>**Brea, CA 92821**<br><br>Date or dates debt was incurred **July 20, 2018 - September 28, 2018**<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(4) | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim **Wages**<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes | **$20,915.77** | **$12,850.00** |
| **2.2** Nonpriority creditor's name and mailing address<br><br>**California Department of Tax and Fee Administration**<br>**Account Information Group, MIC:29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(__) | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim<br>**Notice Purposes Only**<br>Is the claim subject to setoff?<br>☐ No.<br>☐ Yes | **$0.00** | |
| **2.3** Nonpriority creditor's name and mailing address<br><br>**California Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(__) | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim<br>**Notice Purposes Only**<br>Is the claim subject to setoff?<br>☐ No.<br>☐ Yes | **$0.00** | |

Debtor  **TECHNOLOGY SOLUTIONS & SERVICES, INC.**     Case number *(if known)* _____

| | Total claim | Priority amount |
|---|---|---|

---

**2.4    Nonpriority creditor's name and mailing address**

**California Franchise Tax Board**
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Date or dates debt was incurred  **Tax Period 12/31/2018, 12/31/2016**

Last four digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(8)

*As of the petition filing date, the claim is:*    **$351,065.73**    **$351,065.73**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim   Tax Period 12/31/2018, 12/31/2016**

Is the claim subject to setoff?
☒No.
☐Yes

---

**2.5    Nonpriority creditor's name and mailing address**

**California State Board of Equalization**
Special Operations Branch, MIC: 55
PO Box 942879
Sacramento, CA 94279-0055

Date or dates debt was incurred

Last four digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(___)

*As of the petition filing date, the claim is:*    **$0.00**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim**
**Notice Purposes Only**

Is the claim subject to setoff?
☐No.
☐Yes

---

**2.6    Nonpriority creditor's name and mailing address**

**Blanca Garcia**
3815 Valencia Ave
San Bernardino, CA  92404

Date or dates debt was incurred  **July 20, 2018 - September 28, 2018**

Last four digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(4)

*As of the petition filing date, the claim is:*    **$25,554.10**    **$12,850.00**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim    Wages**

Is the claim subject to setoff?
☒No.
☐Yes

---

**2.7    Nonpriority creditor's name and mailing address**

**Julio Garcia Sr**
3815 Valencia Ave
San Bernardino, CA  92404

Date or dates debt was incurred  **July 20, 2018 - September 28, 2018**

Last four digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(4)

*As of the petition filing date, the claim is:*    **$41,381.00**    **$12,850.00**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim    Wages**

Is the claim subject to setoff?
☒No.
☐Yes

---

**2.8    Nonpriority creditor's name and mailing address**

**Eric Huang**
12479 Farnborough Ct
Mira Loma, CA  91752

Date or dates debt was incurred  **July 20, 2018 - September 28, 2018**

Last four digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(4)

*As of the petition filing date, the claim is:*    **$26,310.72**    **$12,850.00**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim    Wages**

Is the claim subject to setoff?
☒No.
☐Yes

---

Debtor  **TECHNOLOGY SOLUTIONS & SERVICES, INC.**                                   Case number *(if known)* _____

| | Total claim | Priority amount |
|---|---|---|

| | | | |
|---|---|---|---|
| **2.9    Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$12,504.36** | **$12,504.36** |
| **Humberto Garcia**<br>**13502 Silver Palms Lane**<br>**Sylmar, CA  91342**<br><br>**Date or dates debt was incurred  August 31, 2018 – September 28, 2018**<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(4) | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim    Wages**<br><br>**Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | | |
| **2.10    Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$23,548.36** | **$12,850.00** |
| **Julio Garcia Jr**<br>**3605 Valencia Ave**<br>**San Bernardino, CA  92404**<br><br>**Date or dates debt was incurred  July 20, 2018 - September 28, 2018**<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(4) | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim    Wages**<br><br>**Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | | |
| **2.11    Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$24,946.47** | **$12,850.00** |
| **Peter Skuba**<br>**6101 Uplan Rd**<br>**Camarillo, CA  93012**<br><br>**Date or dates debt was incurred  July 20, 2018 - September 28, 2018**<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(4) | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim    Wages**<br><br>**Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | | |

Debtor   **TECHNOLOGY SOLUTIONS & SERVICES, INC.**                        Case number *(if known)* _____

| **Part 2:** | **List Creditors With NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

**3.1   Nonpriority creditor's name and mailing address**

**AETNA**
**Attn President/Manager Agent**
**Attn Deborah Arnold**
**PO Box 67109**
**Harrisburg, PA  17106-7103**

Date or dates debt was incurred

Last four digits of account number

*As of the petition filing date, the claim is:*   **$17,532.36**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim   **Insurance**

Is the claim subject to setoff?
☒ No.
☐ Yes

---

**3.2   Nonpriority creditor's name and mailing address**

**American Express Travel Related Services Company Inc**
**Attn President/Manager Agent**
**Box 0001**
**Los Angeles, CA 90096-8000**

Date or dates debt was incurred

Last four digits of account number

*As of the petition filing date, the claim is:*   **$767,036.76**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
Basis for the claim   **Credit Card.  Lawsuit pending Supreme Court of New York, County of New York, Index No. 652238/2018.  Judgment entered 9/4/2018 for 767,036.76**

Is the claim subject to setoff?
☒ No.
☐ Yes

---

**3.3   Nonpriority creditor's name and mailing address**

**Fred Anavim**
**102 Ambling**
**Brea, CA  92821**

Date or dates debt was incurred  **8/31/2018**

Last four digits of account number

*As of the petition filing date, the claim is:*   **$484.80**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim   **Expenses**

Is the claim subject to setoff?
☒ No.
☐ Yes

---

**3.4   Nonpriority creditor's name and mailing address**

**ATLANTIC SEMICONDUCTOR**
**Attn President/Manager Agent**
**Attn Bob Carvalho**
**9 Centennial Drive**
**Peabody MA 01960**

Date or dates debt was incurred  **July to August 2018**

Last four digits of account number

*As of the petition filing date, the claim is:*   **$82,589.00**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim   **Parts**

Is the claim subject to setoff?
☒ No.
☐ Yes

---

Debtor  **TECHNOLOGY SOLUTIONS & SERVICES, INC.**                    Case number *(if known)* _____

| 3.5   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$7,750.00** |
|---|---|---|

**AZTEC GLOBAL SOLUTIONS**
**Attn President/Manager Agent**
**1201 Activity Drive**
**Vista CA 92081**

**Date or dates debt was incurred  8/27/2018**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim   Parts**

**Is the claim subject to setoff?**
☒No.
☐Yes

---

| 3.6   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$20,430.00** |
|---|---|---|

**DIGI PRINTING SOLUTIONS**
**Attn President/Manager Agent**
**Attn Valerie Schoggins**
**PO Box 1161**
**Richmond TX 77406-1161**

**Date or dates debt was incurred  July to August 2018**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim   Box**

**Is the claim subject to setoff?**
☒No.
☐Yes

---

| 3.7   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$1,545,862.74** |
|---|---|---|

**Easy Tech**
**3605 Valencia Ave**
**San Bernardino, CA  92404**

**Date or dates debt was incurred**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim   Loan - note payable at maturity at 1.5%, maturing December 2021**

**Is the claim subject to setoff?**
☒No.
☐Yes

---

| 3.8   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$46,465.00** |
|---|---|---|

**EESOURCE CORP**
**Attn President/Manager Agent**
**Sergio Garza**
**5F, 50 Minquan Rd., Xindian Dis**
**New Taipei City**
**Taiwan 23141**

**Date or dates debt was incurred  May to July 2018**

**Last four digits of account number**

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim   Parts**

**Is the claim subject to setoff?**
☒No.
☐Yes

---

| 3.9   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$55,164.73** |
|---|---|---|

**EPES LOGISTICS SERVICES INC**
**Attn President/Manager Agent**
**Attn Jillian Caron**
**201 Mccullogh Drive Suite 310**
**Charlotte, NC 28262**

**Date or dates debt was incurred  July to September 2018**

**Last four digits of account number  LELP**

*As of the petition filing date, the claim is:*
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim   Freight Forwarder**

**Is the claim subject to setoff?**
☒No.
☐Yes

---

Debtor  **TECHNOLOGY SOLUTIONS & SERVICES, INC.**  Case number *(if known)* _____

| 3.10  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$17,993.50** |
|---|---|---|
| **EPHONE SUPPLY CO**<br>**Attn President/Manager Agent**<br>**Attn Edgar Sandoval**<br>**Dept 906-196 High Rd**<br>**Wood Green**<br>**London**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Parts**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.11  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$16,191.25** |
|---|---|---|
| **FEDEX**<br>**Attn President/Manager Agent**<br>**3965 Airways Blvd, Module G, 3rd Floor**<br>**Memphis, TN 38116-5017**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Freight**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.12  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$787,846.99** |
|---|---|---|
| **Blanca Garcia**<br>**3815 Valencia Ave**<br>**San Bernardino, CA  92404**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Loan - note payable at maturity at 1.5%, maturing December 2021**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.13  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$1,521.00** |
|---|---|---|
| **Humberto Garcia**<br>**13502 Silver Palm Lane**<br>**Sylmar, CA  91342**<br><br>Date or dates debt was incurred  **8/31/2018**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Expenses**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.14  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$725,758.79** |
|---|---|---|
| **Julio Garcia Jr**<br>**3605 Valencia Ave**<br>**San Bernardino, CA  92404**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Loan - note payable at maturity at 1.5%, maturing December 2021**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

Debtor **TECHNOLOGY SOLUTIONS & SERVICES, INC.**                              Case number *(if known)* _____

| 3.15 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$864.99** |
|---|---|---|
| **Julio Garcia Jr**<br>3605 Valencia Ave<br>San Bernardino, CA  92404<br><br>Date or dates debt was incurred **8/31/2018**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim   **Expenses**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.16 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$552,572.38** |
|---|---|---|
| **Julio Garcia Sr**<br>3815 Valencia Ave<br>San Bernardino, CA  92404<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim   **Loan - note payable at maturity at 1.5%, maturing December 2021**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.17 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$607,707.76** |
|---|---|---|
| **GLOBAL CONTAINERS & CUSTOM PACKAING**<br>Attn President/Manager Agent<br>Attn Sylvia Calvillo<br>1555 Goodyear Drive Suite B<br>El Paso, TX 79936<br><br>Date or dates debt was incurred **May to August 2018**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim   **Boxes**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.18 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$30,200.00** |
|---|---|---|
| **GLOBAL TRANZ ENTERPRISES INC**<br>Attn President/Manager Agent<br>Attn Isabel Quiroga<br>8460 Glen Vesta<br>El Paso, TX 79907<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim   **Freight**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.19 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **$12,015.35** |
|---|---|---|
| **HERMAN PACKAGING COMPANY**<br>Attn President/Manager Agent<br>Attn Delmy Rivas<br>12820 Hempstead SuiteA<br>Houston TX 77092<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim   **Packing**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

Debtor  **TECHNOLOGY SOLUTIONS & SERVICES, INC.**    Case number *(if known)* _____

| 3.20  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $6,632.76 |
|---|---|---|
| **HERNANDEZ BROKERS, LLC** <br> **Attn President/Manager Agent** <br> **Attn Ana Hernadez** <br> **PO Box 3026** <br> **Calexico, CA 92232** | Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim    Custom Brokers** | |
| Date or dates debt was incurred **August 2018** <br><br> Last four digits of account number | **Is the claim subject to setoff?** <br> ☒ No. <br> ☐ Yes | |

| 3.21  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $80,664.60 |
|---|---|---|
| **HOUSTON FOAM PLASTICS** <br> **Attn President/Manager Agent** <br> **Attn Melissa Trevino** <br> **2019 Brooks St** <br> **Houston, TX 77026** | Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim    Foam** | |
| Date or dates debt was incurred **July to August 2018** <br><br> Last four digits of account number **9032** | **Is the claim subject to setoff?** <br> ☒ No. <br> ☐ Yes | |

| 3.22  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $6,722,107.07 |
|---|---|---|
| **HP INC** <br> **Attn President/Manager Agent** <br> **Attn Darleen Arisco** <br> **11445 Compaq Center Dr W** <br> **Houston, TX  77070** | Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim    As Is, Computers and Monitors** | |
| Date or dates debt was incurred **May to July 2018** <br><br> Last four digits of account number **0065** | **Is the claim subject to setoff?** <br> ☒ No. <br> ☐ Yes | |

| 3.23  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $62,760.20 |
|---|---|---|
| **Hewlett-Packard Latin America** <br> **Attn President/Manager Agent** <br> **Attn Milene Chang** <br> **Av. Vasci de Quiroga No.2999 Int S/N** <br> **Col Peña Blanca Santa Fe del Alvarado Obregon** <br> **Ciudad de Mexico, CP 01210** | Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim    Parts** | |
| Date or dates debt was incurred <br><br> Last four digits of account number | **Is the claim subject to setoff?** <br> ☒ No. <br> ☐ Yes | |

| 3.24  Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | **Notice purposes** |
|---|---|---|
| **Laptopplaza Inc** <br> **Attn Chief Executive Officer** <br> **Attn Vlad Galkin** <br> **10900 NW 97th St. Unit 104** <br> **Miami, FL 33178** | Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim** | |
| Date or dates debt was incurred <br><br> Last four digits of account number | **Is the claim subject to setoff?** <br> ☐ No. <br> ☐ Yes | |

Debtor  **TECHNOLOGY SOLUTIONS & SERVICES, INC.**                    Case number *(if known)* _____

| | | |
|---|---|---|
| **3.25  Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$53,388.50** |
| **LOGISTIC & TRANSPORTATION SOLUTIONS**<br>**Attn President/Manager Agent**<br>**Attn Luis Reyes**<br>**Carretera Mexicali-Aeropuerto Km17 S/N Col**<br>**Herradura**<br>**Mexicali, BC 21217** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim    Freight** | |
| Date or dates debt was incurred **June to August 2018** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| Last four digits of account number | | |
| **3.26  Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$3,900,279.55** |
| **Lenovo US**<br>**Attn President/Manager Agent**<br>**Attn Krirstin Neira**<br>**1009 Think Place B1 215**<br>**Morisville,  NC 27560** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim    Trade Debt** | |
| Date or dates debt was incurred **November to Dec 2017** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| Last four digits of account number | | |
| **3.27  Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$31,311.72** |
| **LITE ON TECHNOLOGY CORPORATION**<br>**Attn President/Manager Agent**<br>**Attn Coco Chang**<br>**22F. 392 Ruery Kuang Road**<br>**Neihu**<br>**Taipei 114**<br>**TAIWAN** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim    Parts** | |
| Date or dates debt was incurred **June 2018** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| Last four digits of account number | | |
| **3.28  Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$41,109.83** |
| **PACIFIC RIM DISTRIBUTION CENTER, LLC**<br>**Attn President/Manager Agent**<br>**c/o IRE Development**<br>**821 Kuhn Drive Ste 100**<br>**Chula Vista CA  91914** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim    Rent-Calexico** | |
| Date or dates debt was incurred **8/31/2018** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| Last four digits of account number | | |
| **3.29  Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$30,094.00** |
| **PETER SKUBA**<br>**6101 Uplan Rd**<br>**Camarillo, CA  93012** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim    Expenses** | |
| Date or dates debt was incurred **8/31/2018** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| Last four digits of account number | | |

Debtor  **TECHNOLOGY SOLUTIONS & SERVICES, INC.**                    Case number *(if known)* _____

| | | |
|---|---|---|
| 3.30  **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$106,343.76** |
| **QUANTA COMPUTER INC.**<br>**Attn President/Manager Agent**<br>**Attn Daisy Ciang**<br>**188 Wenhwa 2nd Rd**<br>**Guishan Dist**<br>**Tao Yuan City 33377**<br>**TAIWAN**<br><br>Date or dates debt was incurred  **July to August 2018**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Parts**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.31  **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$5,646.26** |
| **RLG AMERICAS**<br>**Attn President/Manager Agent**<br>**190 Middlesex Turnpike Ste 206**<br>**Iselin NJ  08830**<br><br>Date or dates debt was incurred  **12/29/2017**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Gas for forklift**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.32  **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$12,318.02** |
| **RM CUSTOMHOUSE BROKERS**<br>**Attn resident/Manager Agent**<br>**Jorge Silva**<br>**1320 Goodyer Dr. Suite 105**<br>**El Paso, TX 79936**<br><br>Date or dates debt was incurred  **July to August 2018**<br><br>Last four digits of account number **ECSOL** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Custom Broker**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.33  **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$42,208.65** |
| **TMX Logistics, Inc.**<br>**Attn President/Manager Agent**<br>**Attn Wallace Li**<br>**27 Spur Dr Butterfield Trail Ind Park**<br>**El Paso, TX 79906**<br><br>Date or dates debt was incurred  **April to July 2018**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **EL Paso Hub**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.34  **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | **$3,400.00** |
| **TRADE BORDER LOGISTICS**<br>**Attn President/Manager Agent**<br>**Attn Armando Castillo**<br>**1281 Joe Battle Blvd**<br>**El Paso, TX  79936**<br><br>Date or dates debt was incurred  **September 2018**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim    **Freight**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

Debtor **TECHNOLOGY SOLUTIONS & SERVICES, INC.**                    Case number *(if known)* _____

| 3.35   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $6,724.40 |
|---|---|---|
| **VENABLE LLP**<br>**Attn James E Nelson**<br>**505 Montgomery Street, Suite 1400**<br>**San Francisco, CA  94111** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim   Services** | |
| **Date or dates debt was incurred   September 2018**<br><br>Last four digits of account number | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| 3.36   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $283,500.00 |
|---|---|---|
| **XPC/COMPAX IDEAS Y TECNOLOGIA SA DE CV**<br>**Attn President/Manager Agent**<br>**Attn Monica Lozano**<br>**Rio de Janeiro 198, San Isidro**<br>**Londres y Bruselas, Torreon Coahuila**<br>**MEXICO CP27100** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim   Window** | |
| **Date or dates debt was incurred   June to August 2018**<br><br>Last four digits of account number | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor **TECHNOLOGY SOLUTIONS & SERVICES, INC.**      Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 an 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and mailing address | On which line in Part 1 or 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1<br><br>**Atradius Collections**<br>**3500 Lacey Road, Suite 220**<br>**Downers Grove, IL  60515** | Line **3.26**<br>☐ Not listed.  Explain | |
| 4.2<br><br>**Gregory E Galtero, Esq**<br>**Benjamin R Blu, Esq**<br>**Jaffe & Asher LLP**<br>**600 Third Avenue**<br>**New York, NY  10016** | Line **3.2**<br>☐ Not listed.  Explain | |
| 4.3 | Line<br>☐ Not listed.  Explain | |
| 4.4 | Line<br>☐ Not listed.  Explain | |
| 4.5 | Line<br>☐ Not listed.  Explain | |
| 4.6 | Line<br>☐ Not listed.  Explain | |
| 4.7 | Line<br>☐ Not listed.  Explain | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **TECHNOLOGY SOLUTIONS & SERVICES, INC.**          Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.  Total claims from Part 1** | *5a.* | | $526,226.51 |
| **5b.  Total claims from Part 2** | *5b.* + | | $16,684,476.72 |
| **5c.  Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | *5c.* | | $17,210,703.23 |

| Fill in this information to identify the case: |
|---|
| Debtor name **TECHNOLOGY SOLUTIONS & SERVICES, INC.** |
| United States Bankruptcy Court for the: **Central** District of **California** |
| Case number (*If known*): _____ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Lease                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | | |
| State what the contract or lease is for and the nature of the debtor's interest | Lease (Debtor is tenant) for San Bernardino building, headquarters, warehousing of finished goods, and receipt of parts | GWH Properties LLC<br>Attn Bianca L Garcia, Member<br>458 E Commercial Road<br>San Bernardino, CA 92408 |
| State the term remaining | 4/2021 | |
| List the contract number of any government contract: | | |
| **2.2** | | |
| State what the contract or lease is for and the nature of the debtor's interest | Lease - Calexico building, warehouse facility used for receiving inventory awaiting importation to Mexicali | Pacific Rim Distribution Center LLC<br>Attn Michael A Vogt, President/Manager of Manager Member<br>821 Kuhn Drive Suite 100<br>Chula Vista, CA 91914 |
| State the term remaining | 1/2019 | |
| List the contract number of any government contract: | | |
| **2.3** | | |
| State what the contract or lease is for and the nature of the debtor's interest | Lease - 2016 Lexus RX 350 FWD 4dr, monthly payments of $466.07 | Lexus Financial Services<br>Attn President/Manager Agent<br>c/o Davidson Motors Inc<br>3150 Adams<br>Riverside, CA 92504 |
| State the term remaining | Lease ends 5/12/2019 | |
| List the contract number of any government contract: | | |
| **2.4** | | |
| State what the contract or lease is for and the nature of the debtor's interest | Lease - 2016 BMW X5S351 monthly payments of $652.50 | BMW Financial Services LLC<br>Attn President/Manager Agent<br>c/o BMW of Riverside<br>3060 Adams Street<br>Riverside, CA 92504 |
| State the term remaining | Lease ends 5/28/2019 | |
| List the contract number of any government contract: | | |

Debtor **TECHNOLOGY SOLUTIONS & SERVICES, INC.**                    Case number *(if known)* _____

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.5**

| State what the contract or lease is for and the nature of the debtor's interest | Monthly Rental - Xerox 5735 copier | ADB Office Solutions<br>Attn President/Manager Agent<br>180 Vander St<br>Corona, CA 92880 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract: | | |

**2.6**

| State what the contract or lease is for and the nature of the debtor's interest | Systems & Services Agreement (Alarm)<br>Quaterly payments of $39.00<br>Term - 3 years from 9/15/2017<br><br>Alarm Services Agreement<br>Quartertly payments of $50.00<br>Testing bi-yearly at $105.00<br>Term - 3 years from 9/15/2017 | Mijac Alarm<br>Attn President/Manager Agent<br>9339 Charles Smith Ave Suite 100<br>Rancho Cucamonga, CA 91730 |
|---|---|---|
| State the term remaining | 9/15/2020 | |
| List the contract number of any government contract: | | |

**2.7**

| State what the contract or lease is for and the nature of the debtor's interest | HP Returns Program Purchase Agreement for purchase of product from Hewlett Packard Company | HP Parts Inc<br>Attn President/Manager<br>11445 Compaq Center Dr W<br>Houston, TX 77070 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract: | | |

**2.8**

| State what the contract or lease is for and the nature of the debtor's interest | Standard Services Agreement for refurbishment services | HP Parts Inc<br>Attn President/Manager<br>11445 Compaq Center Dr W<br>Houston, TX 77070 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract: | | |

**Fill in this information to identify the case:**

Debtor name **TECHNOLOGY SOLUTIONS & SERVICES, INC.**

United States Bankruptcy Court for the: **Central** District of **California**

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply* |
| **2.1** | | | |
| Eric Hih Peng Huang | 12478 Farmborough Court<br>Mira Loma, CA 91752 | Bank of America NA | ☒ D<br>☐ E/F<br>☐ F |
| **2.2** | | | |
| Blanca Lila Garcia | 3815 Valencia Ave<br>San Bernardino, CA 92404 | Bank of America NA | ☒ D<br>☐ E/F<br>☐ F |
| **2.3** | | | |
| Eric Hih Peng Huang | 12478 Farmborough Court<br>Mira Loma, CA 91752 | Lexus Financial Services<br>(Scheduled G) | ☐ D<br>☐ E/F<br>☐ F |
| **2.4** | | | ☐ D<br>☐ E/F<br>☐ F |
| **2.5** | | | ☐ D<br>☐ E/F<br>☐ F |
| **2.6** | | | ☐ D<br>☐ E/F<br>☐ F |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  __TECHNOLOGY SOLUTIONS & SERVICES, INC.__

United States Bankruptcy Court for the: _____  District of _____
 (State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __9/25/2018__          X _____
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                           __Julio C. Garcia, Jr.__
                                           Printed name

                                           __CFO__
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Technology Solutions & Services, Inc.___

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   4/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 1/2/2018 to Filing date | ■ Operating a business<br>☐ Other _____ | $ 32,000,000.00 |
| **For prior year:** | From 1/1/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $ $73,494,854.00 |
| **For the year before that:** | From 1/1/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $ 70,231,802.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date | _____ | $ _____ |
| **For prior year:** | From _____ to _____ | _____ | $ _____ |
| **For the year before that:** | From _____ to _____ | _____ | $ _____ |

| Debtor | Technology Solutions & Services, Inc. | Case number (if known) | |
| | Name | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer
Check all that apply |
|---|---|---|---|---|

3.1.

See Attached

Creditor's name

Street

City            State        ZIP Code

$ _____

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.2.

Creditor's name

Street

City            State        ZIP Code

$ _____

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|

4.1.

See Attached

Insider's name

Street

City            State        ZIP Code

**Relationship to debtor**

$ _____

4.2.

Insider's name

Street

City            State        ZIP Code

**Relationship to debtor**

$ _____

Debtor    Technology Solutions & Services, Inc.                    Case number (if known)_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City                State    ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City                State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City            State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | American Express Travel Related Services Company vs. Technology Solutions, etc. | Complaint for money | Supreme Court of the State of New York <br> Name <br> 60 Centre Street <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> Index No. 652238/2018 | | New York        NY        10007 <br> City        State        ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | Name <br> Street <br> City        State        ZIP Code | |

Debtor    Technology Solutions & Services, Inc.         Case number *(if known)*_____
                Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State    ZIP Code | | City          State    ZIP Code |
| | Date of order or assignment | |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:**  **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

Debtor ___Technology Solutions & Services, Inc.___  Case number (if known)_____
        Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Stapleton Group | See Attached | _____ | $_____ |

**Address**

___515 South Flower Street 18th Floor___
Street

___Los Angeles___     ___CA___   ___90071___
City                   State       ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Shulman Hodges & Basitan LLP | See Attached | _____ | $_____ |

**Address**

___100 Spectrum Center Drive Suite 600___
Street

___Irvine___     ___CA___   ___92618___
City              State       ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Technology Solutions & Services, Inc.                                    Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | Who received transfer? | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City          State      ZIP Code | |
| 14.2. | Street | From _____ To _____ |
| | City          State      ZIP Code | |

Debtor    Technology Solutions & Services, Inc.
_____
Name

Case number (if known)_____

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| **15.2.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

Name of plan                                                          Employer identification number of the plan

_____    EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No
☐ Yes

Debtor  Technology Solutions & Services, Inc._____    Case number (if known)_____
        Name

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City      State    ZIP Code | _____ <br> _____ <br> _____ <br><br> Address <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Debtor's warehouse <br> Name <br> 1778 Carr Road <br> Street <br> Calexco      CA      92231 <br> City      State    ZIP Code | Debtor <br> _____ <br> _____ <br><br> Address <br> _____ <br> _____ | equipment and inventory <br> _____ <br> _____ | ☐ No <br> ☒ Yes |

Debtor   Technology Solutions & Services, Inc.
_____
Name

Case number (if known)_____

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ City          State          ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | _____ Name | _____ | ☐ On appeal |
| _____ | _____ Street | _____ | ☐ Concluded |
| | _____ City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City          State          ZIP Code | _____ City          State          ZIP Code | | |

---

Debtor    Technology Solutions & Services, Inc.                                    Case number (if known)_____
_____
Name

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

Name _____ Name _____ _____  _____

Street _____ Street _____ _____

_____ _____ _____

City        State        ZIP Code        City        State        ZIP Code

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25.** Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.1.**  Technology Solutions & Services SA De Cv        Computer equipment repairs        EIN: No U.S. Tax ID No. __ __ __
Name
Juniper #182 Parque Industiral Pisma 1        Dates business existed
Street

Mecicali, BC        Mexico    21210        From 2014        To Present
City        State        ZIP Code

**25.2.**  Business name and address        Describe the nature of the business        Employer Identification number
Do not include Social Security number or ITIN.

_____        _____        EIN: __ __ __ – __ __ __ __ __ __ __
Name        Dates business existed
Street _____        _____

_____        _____        From _____        To _____
City        State        ZIP Code

**25.3.**  Business name and address        Describe the nature of the business        Employer Identification number
Do not include Social Security number or ITIN.

_____        _____        EIN: __ __ __ – __ __ __ __ __ __ __
Name        Dates business existed
Street _____        _____

_____        _____        From _____        To _____
City        State        ZIP Code

Debtor   Technology Solutions & Services, Inc.                              Case number (if known)_____
                  Name

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.   Debtor (through its Controller Fred Anavim)                    From 2 years prior   To Present
         Name
         458 Commercial Road
         Street

         San Bernardino              CA         92408
         City                        State      ZIP Code


         Name and address                                               Dates of service

26a.2.   Stern Kory Sreden & Morgan AAC                                 From 2 years prior   To Present
         Name
         24961 The Old Road 2nd Floor
         Street

         Stevenson Ranch             CA         91381
         City                        State      ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

         Name and address                                               Dates of service

26b.1.   Stern Kory Sreden & Morgan AAC                                 From 2 years prior   To Present
         Name
         24961 The Old Road 2nd Floor
         Street

         Stevenson Ranch             CA         91381
         City                        State      ZIP Code


         Name and address                                               Dates of service

26b.2.   _____                                     From _____   To _____
         Name
         _____
         Street

         _____
         City                        State      ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

         Name and address                                               If any books of account and records are
                                                                        unavailable, explain why

26c.1.   Debtor                                                         _____
         Name                                                           _____
         _____                                    _____
         Street
                                                                        _____
         _____
         City                        State      ZIP Code

Debtor    Technology Solutions & Services, Inc.    Case number (if known)_____
_____
Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ Name | _____ |
|  | _____ Street | _____ |
|  | _____ | _____ |
|  | _____ City            State            ZIP Code |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❑ None

|  | Name and address |
|---|---|
| 26d.1. | Bank of America NA Name |
|  | 101 S Marengo Ave Street |
|  | Pasadena            CA            91101 City            State            ZIP Code |

|  | Name and address |
|---|---|
| 26d.2. | _____ Name |
|  | _____ Street |
|  | _____ |
|  | _____ City            State            ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

❑ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Stern Kory Sreden & Morgan AAC | 12/31/2017 | $ $16,000,000.00 (standard costs) |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   Stern Kory Sreden & Morgan AAC Name |
| 24961 The Old Road, 2nd Floor Street |
| Stevenson Ranch            CA            91381 City            State            ZIP Code |

Debtor     Technology Solutions & Services, Inc.                                    Case number (if known)_____
_____
Name

| | | |
|---|---|---|
| **Name of the person who supervised the taking of the inventory** | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| Stern Kory Sreden & Morgan AAC | 12/31/2016 | $ $15,000,000.0 |

**Name and address of the person who has possession of inventory records**

27.2.

Stern Kory Sreden & Morgan AAC
_____
Name
24961 The Old Ranch Road, 2nd Floor
_____
Street

Stevenson Ranch                                  CA         91381
_____
City                                              State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached | | | |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attachment to Item 4 above. | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City                State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |

Debtor    Technology Solutions & Services, Inc.                    Case number (if known)_____
          _____
          Name

**Name and address of recipient**

30.2    _____                    _____  _____  _____
        Name

        _____                    _____
        Street

        _____                    _____
        _____
        City                    State        ZIP Code          _____

        **Relationship to debtor**                              _____

        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/25/2018
               MM / DD / YYYY

✗ _____          Printed name  Julio C. Garcia, Jr.
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor  CFO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

<u>**TECHNOLOGY SOLUTIONS & SERVICES, INC.**</u>

<u>**Statement of Financial Affairs, Item 3, Certain payments or transfers to creditors within 90 days before filing this case**</u>

# Technology Solutions Services, Inc
## Check Register
### For the Period From Jun 15, 2018 to Sep 15, 2018

Filter Criteria includes:

| Check # | Date | Payee | Cash Account | Amount | |
|---------|------|-------|--------------|--------|---|
| 30117 | 7/1/18 | AETNA | 10350 | 2,086.48 | |
| 30237 | 8/10/18 | AETNA | 10350 | 13,253.46 | |
| 30244 | 8/16/18 | AETNA | 10350 | 708.25 | |
| 30245 | 8/16/18 | AETNA | 10350 | 857.07 | |
| 30303 | 9/7/18 | AETNA | 10350 | 8,766.18 | 25,671.44 |
| | | | | | |
| 30099 | 6/22/18 | ATLANTIC SEMICONDUCTOR | 10350 | 9,725.00 | |
| 30149 | 7/13/18 | ATLANTIC SEMICONDUCTOR | 10350 | 5,665.00 | |
| 30187 | 7/26/18 | ATLANTIC SEMICONDUCTOR | 10350 | 2,870.00 | |
| 30211 | 8/10/18 | ATLANTIC SEMICONDUCTOR | 10350 | 7,035.00 | |
| 30257 | 8/24/18 | ATLANTIC SEMICONDUCTOR | 10350 | 6,615.00 | 31,910.00 |
| | | | | | |
| 30138 | 7/13/18 | CHEVRON & TEXACO BUSINESS CARD | 10350 | 2,682.41 | |
| 30242 | 8/15/18 | CHEVRON & TEXACO BUSINESS CARD | 10350 | 2,858.41 | |
| 30309 | 9/13/18 | CHEVRON & TEXACO BUSINESS CARD | 10350 | 2,276.90 | 7,817.72 |
| | | | | | |
| D2D6/15/18 | 6/15/18 | DEAL2DEAL MARKETING GROUP INC | 10350 | 45,000.00 | |
| 30158 | 7/17/18 | DEAL2DEAL MARKETING GROUP INC | 10350 | 45,000.00 | 90,000.00 |
| | | | | | |
| 30108 | 6/29/18 | DIGI PRINTING SOLUTIONS | 10350 | 7,786.00 | |
| 30156 | 7/13/18 | DIGI PRINTING SOLUTIONS | 10350 | 3,780.00 | |
| 30190 | 7/26/18 | DIGI PRINTING SOLUTIONS | 10350 | 6,050.00 | |
| 30203 | 8/3/18 | DIGI PRINTING SOLUTIONS | 10350 | 5,040.00 | |
| 30213 | 8/10/18 | DIGI PRINTING SOLUTIONS | 10350 | 1,430.51 | |
| 30258 | 8/24/18 | DIGI PRINTING SOLUTIONS | 10350 | 9,160.00 | 33,246.51 |
| | | | | | |
| 30132 | 7/2/18 | ECOM DIRECT, INC. | 10350 | 4,987.70 | |
| 30159 | 7/17/18 | ECOM DIRECT INC. | 10350 | 11,000.00 | 15,987.70 |
| | | | | | |
| eesource6/29/18 | 6/29/18 | EESOURCE CORP. | 10350 | 26,315.00 | |
| EE SOUSRCES8/ | 8/16/18 | EESOURCE CORP. | 10350 | 14,005.00 | 40,320.00 |
| | | | | | |
| 30100 | 6/22/18 | EPES LOGISTICS SERVICES INC. | 10350 | 11,956.62 | |
| 30111 | 7/1/18 | EPES LOGISTICS SERVICES INC. | 10350 | 3,669.77 | |
| 30115 | 7/1/18 | EPES LOGISTICS SERVICES INC. | 10350 | 2,693.92 | |
| 30151 | 7/13/18 | EPES LOGISTICS SERVICES INC. | 10350 | 4,352.74 | |
| 30189 | 7/26/18 | EPES LOGISTICS SERVICES INC. | 10350 | 5,051.01 | |
| 30194 | 7/26/18 | EPES LOGISTICS SERVICES INC. | 10350 | 3,754.50 | |
| 30212 | 8/10/18 | EPES LOGISTICS SERVICES INC. | 10350 | 4,611.65 | |
| 30218 | 8/10/18 | EPES LOGISTICS SERVICES INC. | 10350 | 2,215.97 | |
| 30259 | 8/24/18 | EPES LOGISTICS SERVICES INC. | 10350 | 3,986.40 | |
| 30266 | 8/24/18 | EPES LOGISTICS SERVICES INC. | 10350 | 3,468.58 | |
| 30294 | 9/7/18 | EPES LOGISTICS SERVICES INC. | 10350 | 2,069.82 | 47,830.98 |
| | | | | | |
| 30122 | 7/1/18 | FEDEX | 10350 | 512.78 | |
| 30142 | 7/13/18 | FEDEX | 10350 | 705.61 | |
| 30183 | 7/26/18 | FEDEX | 10350 | 194.52 | |
| 30229 | 8/10/18 | FEDEX | 10350 | 409.73 | |
| 30262 | 8/24/18 | FEDEX | 10350 | 134.85 | |
| 30296 | 8/24/18 | FEDEX | 10350 | 14,633.88 | 16,591.37 |
| | | | | | |
| 30079 | 6/15/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 72,800.81 | |
| 30098 | 6/22/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 45,553.63 | |
| 30137 | 7/13/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 55,997.02 | |
| 30165 | 7/19/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 24,092.73 | |
| 30176 | 7/26/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 73,478.53 | |
| 30202 | 8/7/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 32,655.84 | |
| 30239 | 8/10/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 19,340.56 | |
| 30248 | 8/16/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 68,850.61 | |
| 30256 | 8/24/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 33,363.71 | |
| 30288 | 9/1/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 40,219.27 | |

**Technology Solutions Services, Inc**

**Check Register**

**For the Period From Jun 15, 2018 to Sep 15, 2018**

Filter Criteria includes:

| Check # | Date | Payee | Cash Account | Amount | |
|---------|------|-------|--------------|--------|--|
| 30293 | 9/7/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 40,799.23 | |
| 30321 | 9/14/18 | GLOBAL CONTAINERS & CUSTOM PACKAING | 10350 | 43,029.65 | 550,181.59 |
| | | | | | |
| 30101 | 6/22/18 | GLOBAL TRANZ | 10350 | 2,600.00 | |
| 30116 | 7/1/18 | GLOBAL TRANZ | 10350 | 2,600.00 | |
| 30152 | 7/13/18 | GLOBAL TRANZ | 10350 | 2,600.00 | |
| 30155 | 7/13/18 | GLOBAL TRANZ | 10350 | 2,600.00 | |
| 30188 | 7/26/18 | GLOBAL TRANZ | 10350 | 2,600.00 | |
| 30193 | 7/26/18 | GLOBAL TRANZ | 10350 | 2,600.00 | |
| 30214 | 8/10/18 | GLOBAL TRANZ | 10350 | 3,300.00 | |
| 30217 | 8/10/18 | GLOBAL TRANZ | 10350 | 2,600.00 | |
| 30261 | 8/24/18 | GLOBAL TRANZ | 10350 | 2,600.00 | |
| 30265 | 8/24/18 | GLOBAL TRANZ | 10350 | 2,800.00 | |
| 30296 | 9/7/18 | GLOBAL TRANZ | 10350 | 2,600.00 | 29,500.00 |
| | | | | | |
| 30170 | 7/23/18 | GWH Properties LLp | 10350 | 10,000.00 | 10,000.00 |
| | | | | | |
| 30215 | 8/10/18 | HERMAN PACKAGING COMPANY | 10350 | 2,211.00 | |
| 30260 | 8/24/18 | HERMAN PACKAGING COMPANY | 10350 | 1,729.35 | |
| 30297 | 9/7/18 | HERMAN PACKAGING COMPANY | 10350 | 1,787.10 | |
| 30124 | 7/1/18 | HERNANDEZ BROKERS, LLC | 10350 | 1,467.17 | |
| 30145 | 7/13/18 | HERNANDEZ BROKERS, LLC | 10350 | 1,355.20 | |
| 30230 | 8/10/18 | HERNANDEZ BROKERS, LLC | 10350 | 5,572.79 | |
| 30317 | 9/14/18 | HERNANDEZ BROKERS, LLC | 10350 | 3,299.03 | 17,421.64 |
| | | | | | |
| 30112 | 7/1/18 | HOUSTON FOAM PLASTICS | 10350 | 6,398.50 | |
| 30167 | 7/20/18 | HOUSTON FOAM PLASTICS | 10350 | 5,536.75 | |
| 30191 | 7/26/18 | HOUSTON FOAM PLASTICS | 10350 | 3,438.50 | |
| 30240 | 8/8/18 | HOUSTON FOAM PLASTICS | 10350 | 9,887.55 | |
| 30216 | 8/10/18 | HOUSTON FOAM PLASTICS | 10350 | 4,867.32 | |
| 30263 | 8/24/18 | HOUSTON FOAM PLASTICS | 10350 | 1,735.00 | |
| 30295 | 9/7/18 | HOUSTON FOAM PLASTICS | 10350 | 5,103.00 | 36,966.62 |
| | | | | | |
| 30078 | 6/15/18 | HP INC. | 10350 | 1,588,614.28 | |
| 30129 | 7/1/18 | HP INC. | 10350 | 364,454.00 | |
| 30161 | 7/18/18 | HP INC. | 10350 | 327,855.00 | |
| 30162 | 7/18/18 | HP INC. | 10350 | 237,532.02 | |
| 30169 | 7/20/18 | HP INC. | 10350 | 400,000.00 | |
| 30247 | 8/16/18 | HP INC. | 10350 | 96,903.38 | |
| 30310 | 9/13/18 | HP INC. | 10350 | 250,000.00 | |
| HP-LA 6/15/18 | 6/15/18 | Hewlett-Packard Latin America | 10350 | 40,200.00 | |
| HP-LA-MX6/15/18 | 6/15/18 | Hewlett-Packard Latin America | 10350 | 40,200.00 | |
| HP-LA-MX6/26/18 | 6/26/18 | Hewlett-Packard Latin America | 10350 | 12,628.00 | |
| HP-LA-MX6/29/18 | 6/29/18 | Hewlett-Packard Latin America | 10350 | 14,848.00 | |
| HP-LA | 7/23/18 | Hewlett-Packard Latin America | 10350 | 10,902.00 | |
| hp-LA8/10/18 | 8/10/18 | Hewlett-Packard Latin America | 10350 | 2,350.00 | |
| HP-LA8/16/18 | 8/16/18 | Hewlett-Packard Latin America | 10350 | 14,500.00 | |
| HP-LA 8/31/18 | 8/31/18 | Hewlett-Packard Latin America | 10350 | 9,120.00 | 3,410,106.68 |
| | | | | | |
| LAPTOP PLZ7/23/ | 7/23/18 | LAPTOP PLAZA INC. | 10350 | 26,298.95 | 26,298.95 |
| | | | | | |
| 30125 | 7/1/18 | PACIFIC RIM DISTRIBUTION LLC | 10350 | 13,176.23 | |
| 30233 | 8/10/18 | PACIFIC RIM DISTRIBUTION LLC | 10350 | 13,176.23 | |
| 30241 | 8/14/18 | PACIFIC RIM DISTRIBUTION LLC | 10350 | 790.57 | 27,143.03 |
| | | | | | |
| quanta 7/18/18 | 7/18/18 | QUANTA COMPUTER INC. | 10350 | 16,417.95 | |
| quanta7/23/18 | 7/23/18 | QUANTA COMPUTER INC. | 10350 | 14,173.75 | |
| QUANTA8/16/18 | 8/16/18 | QUANTA COMPUTER INC. | 10350 | 19,403.40 | |
| quanta8/24/18 | 8/24/18 | QUANTA COMPUTER INC. | 10350 | 11,353.70 | 61,348.80 |
| | | | | | |
| 30102 | 6/22/18 | RM CUSTOMHOUSE BROKERS | 10350 | 305.67 | |
| 30114 | 7/1/18 | RM CUSTOMHOUSE BROKERS | 10350 | 1,277.49 | |

**Technology Solutions Services, Inc**

**Check Register**

**For the Period From Jun 15, 2018 to Sep 15, 2018**

Filter Criteria includes:

| Check # | Date | Payee | Cash Account | Amount | |
|---------|------|-------|--------------|--------|---|
| 30153 | 7/13/18 | RM CUSTOMHOUSE BROKERS | 10350 | 358.11 | |
| 30192 | 7/26/18 | RM CUSTOMHOUSE BROKERS | 10350 | 1,753.05 | |
| 30219 | 8/10/18 | RM CUSTOMHOUSE BROKERS | 10350 | 1,053.38 | |
| 30264 | 8/24/18 | RM CUSTOMHOUSE BROKERS | 10350 | 880.91 | |
| 30298 | 9/7/18 | RM CUSTOMHOUSE BROKERS | 10350 | 2,693.60 | 8,322.21 |
| | | | | | |
| 30081 | 6/15/18 | SHULMAN HODGES & BASTIAN LLP | 10350 | 10,000.00 | |
| 30238 | 8/10/18 | SHULMAN HODGES & BASTIAN LLP | 10350 | 25,000.00 | |
| shulman9/7/18 | 9/7/18 | SHULMAN HODGES & BASTIAN LLP | 10350 | 30,000.00 | |
| retainer 9/12/18 | 9/12/18 | SHULMAN HODGES & BASTIAN LLP | 10350 | 20,000.00 | 85,000.00 |
| | | | | | |
| 30126 | 7/1/18 | STAPLETON GROUP | 10350 | 10,315.00 | |
| STAPELTON7/13/ | 7/13/18 | STAPLETON GROUP | 10350 | 10,315.00 | |
| 30184 | 7/26/18 | STAPLETON GROUP | 10350 | 2,655.00 | |
| 30289 | 9/5/18 | STAPLETON GROUP | 10350 | 13,990.00 | 37,275.00 |
| | | | | | |
| 30195 | 7/26/18 | TMX LOGISTIC INC | 10350 | 8,501.10 | 8,501.10 |
| | | | | | |
| wistron7/24/18 | 7/24/18 | WISTRON CORPORATION | 10350 | 18,086.90 | |
| WISTRON8/16/18 | 8/16/18 | WISTRON CORPORATION | 10350 | 23,344.45 | 41,431.35 |
| | | | | | |
| XPC half theinvoic | 6/21/18 | XPC, S.A. DE C.V. | 10350 | 31,500.00 | |
| XPC 6/29/18 | 6/29/18 | XPC, S.A. DE C.V. | 10350 | 31,500.00 | |
| XPC7/19/18 | 7/19/18 | XPC, S.A. DE C.V. | 10350 | 55,500.00 | |
| XPC8/3/18 | 8/3/18 | XPC, S.A. DE C.V. | 10350 | 31,500.00 | |
| XPC8/16/18 | 8/16/18 | XPC, S.A. DE C.V. | 10350 | 63,000.00 | |
| xpc 8/23/18 | 8/23/18 | XPC, S.A. DE C.V. | 10350 | 31,500.00 | |
| xpc 8/31/18 | 8/31/18 | XPC, S.A. DE C.V. | 10350 | 31,500.00 | |
| xpc 9/7/18 | 9/7/18 | XPC, S.A. DE C.V. | 10350 | 31,500.00 | |
| xpc9/13/18 | 9/13/18 | XPC, S.A. DE C.V. | 10350 | 31,500.00 | 339,000.00 |
| | | | | | |
| **Total** | | | | **4,997,872.69** | **4,997,872.69** |

**TECHNOLOGY SOLUTIONS & SERVICES, INC.**

**Statement of Financial Affairs, Item 4, Payments or other transfers of property made within 1 year before filing this case that benefitted any insider**

# Technology Solutions Services, Inc
## Check Register
### For the Period From Sep 1, 2017 to Aug 31, 2018

Filter Criteria includes: 1) Vendor ID's from HUANG to HUANG. Report order is by Date.

| Check # | Date | Payee | Cash Account | | Amount | |
|---|---|---|---|---|---|---|
| 5033 | 9/1/17 | ERIC HUANG | 10360 | | 4,208.43 | |
| 5055 | 9/15/17 | ERIC HUANG | 10360 | | 4,208.43 | |
| 5077 | 9/29/17 | ERIC HUANG | 10360 | | 4,262.52 | 12,679.38 |
| | | | | | | |
| 5099 | 10/13/17 | ERIC HUANG | 10360 | | 4,263.82 | |
| 5121 | 10/27/17 | ERIC HUANG | 10360 | | 4,389.72 | 8,653.54 |
| | | | | | | |
| 5143 | 11/10/17 | ERIC HUANG | 10360 | | 4,645.35 | |
| 5165 | 11/24/17 | ERIC HUANG | 10360 | | 4,645.35 | 9,290.70 |
| | | | | | | |
| 5186 | 12/8/17 | ERIC HUANG | 10360 | | 4,645.35 | |
| 5208 | 12/22/17 | ERIC HUANG | 10360 | | 4,645.35 | |
| 5233 | 12/29/17 | ERIC HUANG | 10360 | | 4,645.35 | |
| 5234 | 12/29/17 | ERIC HUANG | 10360 | | 2,620.22 | 16,556.27 |
| | | | | | | |
| 5263 | 1/19/18 | ERIC HUANG | 10360 | | 4,385.12 | 4,385.12 |
| | | | | | | |
| 5283 | 2/2/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 5302 | 2/16/18 | ERIC HUANG | 10360 | | 4,385.12 | 8,770.24 |
| | | | | | | |
| 5324 | 3/2/18 | ERIC HUANG | 10360 | | 4,385.13 | |
| 5343 | 3/16/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 5362 | 3/30/18 | ERIC HUANG | 10360 | | 4,385.12 | 13,155.37 |
| | | | | | | |
| 5380 | 4/13/18 | ERIC HUANG | 10360 | | 4,385.11 | |
| 29941 | 4/24/18 | ERIC HUANG | 10350 | Travel Exp | 812.97 | |
| 5398 | 4/27/18 | ERIC HUANG | 10360 | | 4,385.12 | 9,583.20 |
| | | | | | | |
| 5416 | 5/11/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 5434 | 5/25/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 30030 | 5/29/18 | ERIC HUANG | 10350 | | 1,197.54 | 9,967.78 |
| | | | | | | |
| 5452 | 6/8/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 5470 | 6/22/18 | ERIC HUANG | 10360 | | 4,385.13 | |
| 30103 | 6/25/18 | ERIC HUANG | 10350 | Travel Exp | 845.82 | 9,616.07 |
| | | | | | | |
| 5488 | 7/6/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 5506 | 7/20/18 | ERIC HUANG | 10360 | | 4,385.12 | 8,770.24 |
| | | | | | | |
| 5524 | 8/3/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 5542 | 8/17/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 5560 | 8/31/18 | ERIC HUANG | 10360 | | 4,385.12 | |
| 30208 | 8/8/18 | ERIC HUANG | 10350 | Travel Exp | 1,365.06 | |
| 30282 | 8/28/18 | ERIC HUANG | 10350 | Travel Exp | 1,606.71 | 16,127.13 |
| | | | | | | |
| **Total** | | | | | **127,555.04** | **127,555.04** |

**Technology Solutions Services, Inc**
**Check Register**
**For the Period From Sep 1, 2017 to Aug 31, 2018**

Filter Criteria includes: 1) Vendor ID's from GARCIA SR to GARCIA....

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 5037 | 9/1/17 | JULIO C GARCIA | 10360 | 6,588.81 |
| 5059 | 9/15/17 | JULIO C GARCIA | 10360 | 6,588.82 |
| 5081 | 9/29/17 | JULIO C GARCIA | 10360 | 6,588.81 |
| 29295 | 10/12/17 | JULIO C GARCIA | 10350 | 10,000.00 |
| 5103 | 10/13/17 | JULIO C GARCIA | 10360 | 6,588.81 |
| 29300 | 10/16/17 | JULIO C GARCIA | 10350 | 2,350.00 |
| 5125 | 10/27/17 | JULIO C GARCIA | 10360 | 6,580.95 |
| 29339 | 11/6/17 | JULIO C GARCIA | 10350 | 2,354.00 |
| 5147 | 11/10/17 | JULIO C GARCIA | 10360 | 6,502.73 |
| 5169 | 11/24/17 | JULIO C GARCIA | 10350 | 2,380.00 |
| 29457 | 12/4/17 | JULIO C GARCIA | 10360 | 6,502.73 |
| 5190 | 12/8/17 | JULIO C GARCIA | 10350 | 10,000.00 |
| 29499 | 12/13/17 | JULIO C GARCIA | 10360 | 6,502.72 |
| 5212 | 12/22/17 | JULIO C GARCIA | 10360 | 6,502.72 |
| 5241 | 12/29/17 | JULIO C GARCIA | 10360 | 3,646.18 |
| 5242 | 12/29/17 | JULIO C GARCIA | 10350 | 10,000.00 |
| 29602 | 1/19/18 | JULIO C GARCIA | 10360 | 6,249.98 |
| 5267 | 1/19/18 | JULIO C GARCIA | 10350 | 2,354.00 |
| 29664 | 2/2/18 | JULIO C GARCIA | 10360 | 6,249.97 |
| 5287 | 2/2/18 | JULIO C GARCIA | 10350 | 10,000.00 |
| 29716 | 2/13/18 | JULIO C GARCIA | 10360 | 6,249.99 |
| 5306 | 2/16/18 | JULIO C GARCIA | 10360 | 6,249.98 |
| 5328 | 3/2/18 | JULIO C GARCIA | 10360 | 6,249.97 |
| 5347 | 3/16/18 | JULIO C GARCIA | 10360 | 6,249.98 |
| 5366 | 3/30/18 | JULIO C GARCIA | 10360 | 6,249.98 |
| 5384 | 4/13/18 | JULIO C GARCIA | 10350 | 2,400.00 |
| 29919 | 4/17/18 | JULIO C GARCIA | 10360 | 6,249.98 |
| 5402 | 4/27/18 | JULIO C GARCIA | 10360 | 6,249.98 |
| 5420 | 5/11/18 | JULIO C GARCIA | 10360 | 6,249.97 |
| 5438 | 5/25/18 | JULIO C GARCIA | 10360 | 6,249.98 |
| 5456 | 6/8/18 | JULIO C GARCIA | 10360 | 6,249.98 |
| 5474 | 6/22/18 | JULIO C GARCIA | 10360 | 6,343.76 |
| 5492 | 7/6/18 | JULIO C GARCIA | 10360 | 6,687.58 |
| 5510 | 7/20/18 | JULIO C GARCIA | 10360 | 6,938.68 |
| 5528 | 8/3/18 | JULIO C GARCIA | 10360 | 6,938.68 |
| 5546 | 8/17/18 | JULIO C GARCIA | 10360 | 6,938.68 |
| 5564 | 8/31/18 | JULIO C GARCIA | 10360 | 6,938.68 |

total                                                            229,781.12

9/5/2018 at 4:26 PM

**Technology Solutions Services, Inc**
**Check Register**
**For the Period From Sep 1, 2017 to Aug 31, 2018**

Filter Criteria includes: 1) Vendor ID's from GARCIA SR to GARCIA,...

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 5034 | 9/1/17 | JULIO C GARCIA | 10360 | 3,751.56 |
| 5056 | 9/15/17 | JULIO C GARCIA | 10360 | 3,751.56 |
| 5078 | 9/29/17 | JULIO C GARCIA | 10360 | 3,751.56 |
| 5100 | 10/13/17 | JULIO C GARCIA | 10360 | 3,782.83 |
| 5122 | 10/27/17 | JULIO C GARCIA | 10360 | 3,803.03 |
| 5144 | 11/10/17 | JULIO C GARCIA | 10360 | 3,803.04 |
| 5166 | 11/24/17 | JULIO C GARCIA | 10360 | 4,072.25 |
| 5187 | 12/8/17 | JULIO C GARCIA | 10360 | 4,157.62 |
| 5209 | 12/22/17 | JULIO C GARCIA | 10360 | 4,157.62 |
| 5235 | 12/29/17 | JULIO C GARCIA | 10360 | 4,157.62 |
| 5236 | 12/29/17 | JULIO C GARCIA | 10360 | 2,326.02 |
| 5240 | 12/29/17 | JULIO C GARCIA | 10360 | 2,405.65 |
| 5264 | 1/19/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5284 | 2/2/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5303 | 2/16/18 | JULIO C GARCIA | 10360 | 3,919.79 |
| 5325 | 3/2/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5344 | 3/16/18 | JULIO C GARCIA | 10360 | 3,919.81 |
| 5363 | 3/30/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5381 | 4/13/18 | JULIO C GARCIA | 10360 | 3,919.79 |
| 5399 | 4/27/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5417 | 5/11/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5435 | 5/25/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5453 | 6/8/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5471 | 6/22/18 | JULIO C GARCIA | 10360 | 3,919.79 |
| 5489 | 7/6/18 | JULIO C GARCIA | 10360 | 3,919.81 |
| 30164 | 7/19/18 | JULIO C GARCIA | 10350 | 25,000.00 |
| 5507 | 7/20/18 | JULIO C GARCIA | 10360 | 3,949.35 |
| 5525 | 8/3/18 | JULIO C GARCIA | 10360 | 3,919.80 |
| 5543 | 8/17/18 | JULIO C GARCIA | 10360 | 3,919.79 |
| 5561 | 8/31/18 | JULIO C GARCIA | 10360 | 3,919.80 |

Total 135,586.49

**Technology Solutions Services, Inc**
**Check Register**
**For the Period From Sep 1, 2017 to Aug 31, 2018**

Filter Criteria includes: 1) Vendor ID's from GARCIA SR to GARCIA,,,,

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 5036 | 9/1/17 | HUMBERTO A GARCIA | 10360 | 3,860.57 |
| 29170 | 9/8/17 | HUMBERTO A GARCIA | 10350 | 2,011.83 |
| 5058 | 9/15/17 | HUMBERTO A GARCIA | 10360 | 3,860.57 |
| 5080 | 9/29/17 | HUMBERTO A GARCIA | 10360 | 3,860.57 |
| 5102 | 10/13/17 | HUMBERTO A GARCIA | 10360 | 3,891.84 |
| 5124 | 10/27/17 | HUMBERTO A GARCIA | 10360 | 3,912.04 |
| 5146 | 11/10/17 | HUMBERTO A GARCIA | 10360 | 3,912.05 |
| 5168 | 11/24/17 | HUMBERTO A GARCIA | 10360 | 4,181.26 |
| 5189 | 12/8/17 | HUMBERTO A GARCIA | 10360 | 4,266.63 |
| 5211 | 12/22/17 | HUMBERTO A GARCIA | 10360 | 4,266.63 |
| 5239 | 12/29/17 | HUMBERTO A GARCIA | 10360 | 4,266.63 |
| 5266 | 1/19/18 | HUMBERTO A GARCIA | 10360 | 4,031.64 |
| 29656 | 1/30/18 | HUMBERTO A GARCIA | 10350 | 4,242.58 |
| 5286 | 2/2/18 | HUMBERTO A GARCIA | 10360 | 4,031.64 |
| 5305 | 2/16/18 | HUMBERTO A GARCIA | 10360 | 4,031.63 |
| 5327 | 3/2/18 | HUMBERTO A GARCIA | 10360 | 4,031.64 |
| 5346 | 3/16/18 | HUMBERTO A GARCIA | 10360 | 4,031.65 |
| 5365 | 3/30/18 | HUMBERTO A GARCIA | 10360 | 4,031.64 |
| 5383 | 4/13/18 | HUMBERTO A GARCIA | 10360 | 4,031.63 |
| 5401 | 4/27/18 | HUMBERTO A GARCIA | 10360 | 4,031.64 |
| 29958 | 4/30/18 | HUMBERTO A GARCIA | 10350 | 2,534.64 |
| 5419 | 5/11/18 | HUMBERTO A GARCIA | 10360 | 4,031.64 |
| 5437 | 5/25/18 | HUMBERTO A GARCIA | 10360 | 4,168.12 |
| 5455 | 6/8/18 | HUMBERTO A GARCIA | 10360 | 4,168.12 |
| 5473 | 6/22/18 | HUMBERTO A GARCIA | 10360 | 4,168.11 |
| 5491 | 7/6/18 | HUMBERTO A GARCIA | 10360 | 4,168.13 |
| 5509 | 7/20/18 | HUMBERTO A GARCIA | 10360 | 4,168.12 |
| 5527 | 8/3/18 | HUMBERTO A GARCIA | 10360 | 4,168.12 |
| 5545 | 8/17/18 | HUMBERTO A GARCIA | 10360 | 4,168.11 |
| 5563 | 8/31/18 | HUMBERTO A GARCIA | 10360 | 4,168.12 |

**Total**                                                          **118,697.54**

**Technology Solutions Services, Inc**
**Check Register**
**For the Period From Sep 1, 2017 to Aug 31, 2018**

Filter Criteria includes: 1) Vendor ID's from SKUBA to SKUBA.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 5035 | 9/1/17 | PETER SKUBA | 10360 | 3,992.20 |
| 5057 | 9/15/17 | PETER SKUBA | 10360 | 3,992.21 |
| 5079 | 9/29/17 | PETER SKUBA | 10360 | 3,992.21 |
| 5101 | 10/13/17 | PETER SKUBA | 10360 | 4,032.47 |
| 5123 | 10/27/17 | PETER SKUBA | 10360 | 4,044.13 |
| 5145 | 11/10/17 | PETER SKUBA | 10360 | 4,044.13 |
| 5167 | 11/24/17 | PETER SKUBA | 10360 | 4,384.64 |
| 5188 | 12/8/17 | PETER SKUBA | 10360 | 4,401.82 |
| 5210 | 12/22/17 | PETER SKUBA | 10360 | 4,401.81 |
| 5237 | 12/29/17 | PETER SKUBA | 10360 | 4,401.82 |
| 5238 | 12/29/17 | PETER SKUBA | 10360 | 2,472.25 |
| 5265 | 1/19/18 | PETER SKUBA | 10360 | 4,157.74 |
| 5285 | 2/2/18 | PETER SKUBA | 10360 | 4,157.74 |
| 5304 | 2/16/18 | PETER SKUBA | 10360 | 4,157.74 |
| 5326 | 3/2/18 | PETER SKUBA | 10360 | 4,157.74 |
| 5345 | 3/16/18 | PETER SKUBA | 10360 | 4,157.75 |
| 5364 | 3/30/18 | PETER SKUBA | 10360 | 4,157.75 |
| 5382 | 4/13/18 | PETER SKUBA | 10360 | 4,157.73 |
| 5400 | 4/27/18 | PETER SKUBA | 10360 | 4,157.75 |
| 5418 | 5/11/18 | PETER SKUBA | 10360 | 4,157.75 |
| 5436 | 5/25/18 | PETER SKUBA | 10360 | 4,157.74 |
| 5454 | 6/8/18 | PETER SKUBA | 10360 | 4,157.75 |
| 5472 | 6/22/18 | PETER SKUBA | 10360 | 4,157.73 |
| 5490 | 7/6/18 | PETER SKUBA | 10360 | 4,157.75 |
| 5508 | 7/20/18 | PETER SKUBA | 10360 | 4,157.75 |
| 5526 | 8/3/18 | PETER SKUBA | 10360 | 4,157.74 |
| 5544 | 8/17/18 | PETER SKUBA | 10360 | 4,157.74 |
| 5562 | 8/31/18 | PETER SKUBA | 10360 | 4,157.74 |

| Total | | | | 114,841.33 |

9/5/2018 at 4:28 PM

**Technology Solutions Services, Inc**

**Check Register**

**For the Period From Sep 1, 2017 to Aug 31, 2018**

Filter Criteria includes: 1) Vendor ID's from GARCIA to GARCIA.

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 5032 | 9/1/17 | BLANCA GARCIA | 10360 | 4,076.80 |
| 5054 | 9/15/17 | BLANCA GARCIA | 10360 | 4,076.81 |
| 5076 | 9/29/17 | BLANCA GARCIA | 10360 | 4,122.35 |
| 29263 | 10/4/17 | BLANCA GARCIA | 10350 | 100,000.00 |
| 5098 | 10/13/17 | BLANCA GARCIA | 10360 | 4,131.74 |
| 5120 | 10/27/17 | BLANCA GARCIA | 10360 | 4,192.55 |
| 5142 | 11/10/17 | BLANCA GARCIA | 10360 | 4,510.17 |
| 5164 | 11/24/17 | BLANCA GARCIA | 10360 | 4,510.18 |
| 5185 | 12/8/17 | BLANCA GARCIA | 10360 | 4,510.17 |
| 5207 | 12/22/17 | BLANCA GARCIA | 10360 | 4,510.17 |
| 5231 | 12/29/17 | BLANCA GARCIA | 10360 | 4,510.18 |
| 5232 | 12/29/17 | BLANCA GARCIA | 10360 | 2,553.62 |
| 5262 | 1/19/18 | BLANCA GARCIA | 10360 | 4,259.01 |
| 5282 | 2/2/18 | BLANCA GARCIA | 10360 | 4,259.02 |
| 5301 | 2/16/18 | BLANCA GARCIA | 10360 | 4,259.01 |
| 5323 | 3/2/18 | BLANCA GARCIA | 10360 | 4,259.03 |
| 5342 | 3/16/18 | BLANCA GARCIA | 10360 | 4,259.01 |
| 5361 | 3/30/18 | BLANCA GARCIA | 10360 | 4,259.02 |
| 5379 | 4/13/18 | BLANCA GARCIA | 10360 | 4,259.01 |
| 5397 | 4/27/18 | BLANCA GARCIA | 10360 | 4,259.01 |
| 5415 | 5/11/18 | BLANCA GARCIA | 10360 | 4,259.02 |
| 5433 | 5/25/18 | BLANCA GARCIA | 10360 | 4,259.01 |
| 5451 | 6/8/18 | BLANCA GARCIA | 10360 | 4,259.02 |
| 5469 | 6/22/18 | BLANCA GARCIA | 10360 | 4,259.02 |
| 5487 | 7/6/18 | BLANCA GARCIA | 10360 | 4,259.01 |
| 5505 | 7/20/18 | BLANCA GARCIA | 10360 | 4,259.02 |
| 30200 | 8/2/18 | BLANCA GARCIA | 10350 | 22.48 |
| 5523 | 8/3/18 | BLANCA GARCIA | 10360 | 4,259.01 |
| 5541 | 8/17/18 | BLANCA GARCIA | 10360 | 4,259.02 |
| 5559 | 8/31/18 | BLANCA GARCIA | 10360 | 4,259.01 |

**Total** **218,130.48**

## Technology Solutions Services, Inc

### Check Register

### For the Period From Sep 1, 2017 to Aug 31, 2018

Filter Criteria includes: 1) Vendor ID's from ANAVIM to ANAVIM.

| Check # | Date | Payee | Cash Acc( | Amount |
|---------|------|-------|-----------|--------|
| 5021 | 9/1/17 | FRED ANAVIM | 10360 | 3,359.03 |
| 29207 | 9/12/17 | FRED ANAVIM | 10350 | 251.00 |
| 5043 | 9/15/17 | FRED ANAVIM | 10360 | 3,359.04 |
| 29217 | 9/20/17 | FRED ANAVIM | 10350 | 724.20 |
| 29242 | 9/26/17 | FRED ANAVIM | 10350 | 20,000.00 |
| 5065 | 9/29/17 | FRED ANAVIM | 10360 | 3,359.02 |
| 29286 | 10/11/17 | FRED ANAVIM | 10350 | 203.00 |
| 5087 | 10/13/17 | FRED ANAVIM | 10360 | 3,359.03 |
| 5109 | 10/27/17 | FRED ANAVIM | 10360 | 3,359.03 |
| 5131 | 11/10/17 | FRED ANAVIM | 10360 | 3,359.02 |
| 29398 | 11/16/17 | FRED ANAVIM | 10350 | 178.00 |
| 29419 | 11/24/17 | FRED ANAVIM | 10350 | 708.25 |
| 29420 | 11/24/17 | FRED ANAVIM | 10350 | 857.07 |
| 5153 | 11/24/17 | FRED ANAVIM | 10360 | 3,359.04 |
| 29490 | 12/8/17 | FRED ANAVIM | 10350 | 168.90 |
| 29491 | 12/8/17 | FRED ANAVIM | 10350 | 168.90 |
| 29492 | 12/8/17 | FRED ANAVIM | 10350 | 125.00 |
| 5175 | 12/8/17 | FRED ANAVIM | 10360 | 3,359.02 |
| 5196 | 12/22/17 | FRED ANAVIM | 10360 | 3,388.16 |
| 5219 | 12/29/17 | FRED ANAVIM | 10360 | 3,400.12 |
| 5220 | 12/29/17 | FRED ANAVIM | 10360 | 1,906.32 |
| 29576 | 1/5/18 | FRED ANAVIM | 10350 | 174.00 |
| 5251 | 1/19/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 5271 | 2/2/18 | FRED ANAVIM | 10360 | 3,485.95 |
| 29713 | 2/13/18 | FRED ANAVIM | 10350 | 857.07 |
| 29714 | 2/13/18 | FRED ANAVIM | 10350 | 708.25 |
| 5291 | 2/16/18 | FRED ANAVIM | 10360 | 3,485.97 |
| 29732 | 2/23/18 | FRED ANAVIM | 10350 | 168.50 |
| 5310 | 3/2/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 5331 | 3/16/18 | FRED ANAVIM | 10360 | 3,485.95 |
| 29828 | 3/23/18 | FRED ANAVIM | 10350 | 337.80 |
| 5350 | 3/30/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 29873 | 4/3/18 | FRED ANAVIM | 10350 | 192.00 |
| 5368 | 4/13/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 5386 | 4/27/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 5404 | 5/11/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 29978 | 5/14/18 | FRED ANAVIM | 10350 | 105.00 |
| 29982 | 5/16/18 | FRED ANAVIM | 10350 | 857.07 |
| 29983 | 5/16/18 | FRED ANAVIM | 10350 | 708.25 |
| 5422 | 5/25/18 | FRED ANAVIM | 10360 | 3,485.95 |
| 30067 | 6/8/18 | FRED ANAVIM | 10350 | 105.00 |
| 5440 | 6/8/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 5458 | 6/22/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 30131 | 7/2/18 | FRED ANAVIM | 10350 | 337.80 |
| 5476 | 7/6/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 30154 | 7/13/18 | FRED ANAVIM | 10350 | 111.00 |
| 30163 | 7/18/18 | FRED ANAVIM | 10350 | 25,000.00 |
| 5494 | 7/20/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 30206 | 8/3/18 | FRED ANAVIM | 10350 | 234.00 |
| 5512 | 8/3/18 | FRED ANAVIM | 10360 | 3,485.96 |
| 30244 | 8/16/18 | FRED ANAVIM | 10350 | 708.25 |
| 30245 | 8/16/18 | FRED ANAVIM | 10350 | 857.07 |
| 5530 | 8/17/18 | FRED ANAVIM | 10360 | 3,485.95 |
| 5548 | 8/31/18 | FRED ANAVIM | 10360 | 3,485.96 |

| Total | | | | 149,673.50 |

**TECHNOLOGY SOLUTIONS & SERVICES, INC.**

**Statement of Financial Affairs, Item 11, Payments related to bankruptcy**

# Technology Solutions & Services, Inc

## Vendor Ledgers
### For the Period From Jan 1, 2018 to Sep 30, 2018

Filter Criteria includes: 1) IDs from STAPLETON to STAPLETON. Report order is by ID.

| Vendor ID Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| STAPLETON STAPLETON GROUP | 5/23/18 | 30006 | CDJ | | 15,000.00 | 15,000.00 | 0.00 |
| | 6/8/18 | 30074 | CDJ | | 4,105.20 | 4,105.20 | 0.00 |
| | 7/1/18 | 30126 | CDJ | | 10,315.00 | 10,315.00 | 0.00 |
| | 7/13/18 | STAPELTON7/ | CDJ | | 10,315.00 | 10,315.00 | 0.00 |
| | 7/26/18 | 30184 | CDJ | | 2,655.00 | 2,655.00 | 0.00 |
| | 9/1/18 | CONSULTING | PJ | | | 6,655.00 | 6,655.00 |
| | 9/1/18 | 3804 | PJ | * | | 13,990.00 | 20,645.00 |
| | 9/5/18 | 30289 | CDJ | | 13,990.00 | | 6,655.00 |
| **Report Total** | | | | | **56,380.20** | **63,035.20** | **6,655.00** |

**TECHNOLOGY SOLUTIONS & SERVICES, INC.**

**Statement of Financial Affairs Attachment, Item 11 Payments related to bankruptcy**

Shulman Hodges & Bastian LLP

| Date of Payment | Amount |
|---|---|
| March 16, 2018<br>$7,500.00 of this retainer was disbursed to Deal2Deal Marketing Group, Inc. on behalf of the Debtor | $25,000.00 |
| June 18, 2018 | $10,000.00 |
| August 17, 2018 | $25,000.00 |
| September 10, 2018 | $30,000.00 |
| September 12, 2018 | $20,000.00 |
| September 26, 2018<br>Received from a third party entity, Easy Technology, Inc. on the Debtor's behalf | $145,000.00 |
| Total Retainers | $255,000.00 |

**TECHNOLOGY SOLUTIONS & SERVICES, INC.**

**Statement of Financial Affairs Attachment, Item 13 Transfers not already listed on this statement**

| Who received transfer? | Description of property transferred | Date transfer was made | Total amount or value |
|---|---|---|---|
| Logistics & Transportation Solutions Inc.<br>Car. Mexicali-Aeropuerto KM17<br>Col Herradura<br>Mexicali, BC 21217<br>Mexico | 8 buses (not working, bad engine, rusted) | 9/18/2018 | $2,400.00 |
| Alejandro Guerra<br>2791 Macristy<br>Mexicali, BC<br>Mexico | 2014 GMC Sierra K15 (crashed);<br>VIN #3GTU2WEJ1EG390626 | 9/18/2018 | $2,500.00 |
| Valco Aerospace LCC<br>9 W. Camino Rancho Lucido<br>Sahuarita, AZ  85629 | Anodizing machine | 9/18/2018 | $5,000.00 |

<u>TECHNOLOGY SOLUTIONS & SERVICES, INC.</u>

<u>Statement of Financial Affairs, Item 28, List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case</u>

| Name | Address | Shareholder Interest | Position |
|---|---|---|---|
| Blanca Garcia | 3815 Valencia Ave<br>San Bernardino, CA  92404 | 45% | Chief Executive Officer |
| Eric Huang | 12479 Farnborough Ct<br>Mira Loma, CA  91752 | 45% | Manager |
| Peter Skuba | 6101 Upland Rd<br>Camarillo, CA  93012 | 4% | Secretary |
| Fred Anavim | 102 Ambling<br>Brea, CA  92821 | 3% | Controller |
| James Sullivan | 2238 Emerald Cir<br>Morro Bay, CA  93442 | 3% | None |
| Julio C. Garcia, Sr | 3815 Valencia Ave<br>San Bernardino, CA  92404 | None | Manager |
| Julio C. Garcia, Jr | 3605 Valencia Ave<br>San Bernardino, CA  92404 | None | Chief Financial Officer |
| Humberto A.  Garcia | 13502 Silver Palms Lane<br>Sylmar, CA 91342 | None | Manager |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>SHULMAN HODGES & BASTIAN LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone:  (949) 340-3400<br>Facsimile:   (949) 340-3000<br>Email:  lshulman@shbllp.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE **DIVISION**

| In re:<br><br>TECHNOLOGY SOLUTIONS & SERVICES, INC.,<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
|---|---|

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named Debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 75,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ See Note 1 below

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ See Note 2 below

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (*specify*) _____

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (*specify*) _____

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with an other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

   e.  Other (*specify*):   NONE.

6.  By agreement with the Debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor(s) in this bankruptcy proceeding.

Date: 9/25/2018        /s/ Leonard M. Shulman
                       _____
                       Signature of Attorney

                       Shulman Hodges & Bastian LLP
                       _____
                       Name of law firm

---

Note 1:  The amount of fees incurred prior to the petition date will be set forth in the Application to Employ Shulman Hodges & Bastian LLP to be filed with the Court ("Employment Application").

Note 2:  To be set forth in the Employment Application to be filed with the Court.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>SHULMAN HODGES & BASTIAN LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: lshulman@shbllp.com | |
| ☐  *Debtor(s) appearing without attorney*<br>☒  *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>TECHNOLOGY SOLUTIONS & SERVICES, INC.,<br>a California corporation,<br><br><br><br><br>                                          Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>### VERIFICATION OF MASTER MAILING LIST OF CREDITORS<br><br>### [LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _7_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __9/28/18__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __9/28/2018__

 */s/ Leonard M. Shulman*
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

ADB OFFICE SOLUTIONS
180 VANDER ST
CORONA, CA 92880


AETNA
PO BOX 67109
HARRISBURG, PA  17106-7103


AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY INC
BOX 0001
LOS ANGELES, CA 90096-8000


ATLANTIC SEMICONDUCTOR
9 CENTENNIAL DRIVE
PEABODY MA 01960


ATRADIUS COLLECTIONS
3500 LACEY ROAD, SUITE 220
DOWNERS GROVE, IL 60515


AZTEC GLOBAL SOLUTIONS
1201 ACTIVITY DRIVE
VISTA, CA 92081


BANK OF AMERICA NA
CA9-702-03-93
101 S MARENGO AVE 3RD FLOOR
PASADENA, CA 91101-2428


BLANCA GARCIA
3815 VALENCIA AVE
SAN BERNARDINO, CA  92404

BMW FINANCIAL SERVICES LLC
C/O BMW OF RIVERSIDE
3060 ADAMS STREET
RIVERSIDE, CA 92504


CAL DEPT OF TAX AND FEE ADMIN
ACCOUNT INFORMATION GROUP MIC 29
PO BOX 942879
SACRAMENTO, CA 94279-0029


CAL EMPLOY DEVELOP DEPARTMENT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001


CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A 340
PO BOX 2952
SACRAMENTO, CA 95812-2952


CALIF STATE BOARD OF EQUALIZATION
SPECIAL OPERATIONS BRANCH MIC 55
PO BOX 942879
SACRAMENTO, CA 94279-0055


DIGI PRINTING SOLUTIONS
PO BOX 1161
RICHMOND TX 77406-1161


EASY TECH
3605 VALENCIA AVE
SAN BERNARDINO, CA  92404


EESOURCE CORP
5F 50 MINQUAN RD XINDIAN DIS
NEW TAIPEI CITY
TAIWAN 23141

EPES LOGISTICS SERVICES INC
201 MCCULLOGH DRIVE SUITE 310
CHARLOTTE, NC 28262


EPHONE SUPPLY CO.
DEPT 906-196 HIGH RD
WOOD GREEN
LONDON


ERIC HUANG
12479 FARNBOROUGH CT
MIRA LOMA, CA  91752


FEDEX
3965 AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS, TN 38116-5017


FRED ANAVIM
102 AMBLING
BREA, CA  92821


GLOBAL CONTAINERS & CUSTOM PACKAGING
1555 GOODYEAR DRIVE SUITE B
EL PASO, TX 79936


GLOBAL TRANZ ENTERPRISES INC
8460 GLEN VESTA
EL PASO, TX 79907


GREGORY E GALTERO & BENJAMIN R BLUM
JAFFE & ASHER LLP
600 THIRD AVENUE
NEW YORK, NY 10016

GWH PROPERTIES LLC
458 E COMMERCIAL ROAD
SAN BERNARDINO, CA 92408


HERMAN PACKAGING COMPANY
12820 HEMPSTEAD SUITEA
HOUSTON TX 77092


HERNANDEZ BROKERS, LLC
PO BOX 3026
CALEXICO, CA 92232


HEWLETT PACKARD LATIN AMERICA
AV. VASCI DE QUIROGA NO 2999
INT S/N COL PEÑA BLANCA SANTA FE DEL
ALVARADO OBREGON
CIUDAD DE MEXICO, CP 01210


HOUSTON FOAM PLASTICS
2019 BROOKS ST
HOUSTON, TX 77026


HP INC
11445 COMPAQ CENTER DR W
HOUSTON, TX  77070


HP PARTS INC
11445 COMPAQ CENTER DR W
HOUSTON, TX  77070


HUMBERTO GARCIA
13502 SILVER PALMS LANE
SYLMAR, CA  91342

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JIM SULLIVAN
2238 EMERALD CIRCLE
MORRO BAY, CA  93442


JULIO GARCIA JR
3605 VALENCIA AVE
SAN BERNARDINO, CA  92404


JULIO GARCIA SR
3815 VALENCIA AVE
SAN BERNARDINO, CA  92404


LAPTOPPLAZA INC
10900 NW 97TH ST UNIT 104
MIAMI, FL 33178


LENOVO US
1009 THINK PLACE B1 215
MORISVILLE,  NC 27560


LEXUS FINANCIAL SERVICES
C/O DAVIDSON MOTORS INC
3150 ADAMS
RIVERSIDE, CA 92504


LITE ON TECHNOLOGY CORPORATION
22F 392 RUERY KUANG ROAD
NEIHU TAIPEI 114
TAIWAN

LOGISTIC & TRANSPORTATION SOLUTIONS
CARRETERA MEXICALI-AEROPUERTO
KM17 S/N COL HERRADURA
MEXICALI, BC 21217


MIJAC ALARM
9339 CHARLES SMITH AVE SUITE 100
RANCHO CUCAMONGA, CA 91730


PACIFIC RIM DISTRIBUTION CENTER LLC
821 KUHN DRIVE SUITE 100
CHULA VISTA, CA 91914


PETER SKUBA
6101 UPLAN RD
CAMARILLO, CA  93012


QUANTA COMPUTER INC
188 WENHWA 2ND RD
GUISHAN DIST TAO YUAN CITY 33377
TAIWAN


RLG AMERICAS
190 MIDDLESEX TURNPIKE STE 206
ISELIN, NJ 08830


RM CUSTOMHOUSE BROKERS
1320 GOODYER DR SUITE 105
EL PASO, TX 79936


TMX LOGISTICS, INC.
27 SPUR DR
BUTTERFIELD TRAIL IND PARK
EL PASO, TX 79906

TRADE BORDER LOGISTICS
1281 JOE BATTLE BLVD
EL PASO, TX  79936


US SECURITIES & EXCHANGE COMMISSION
ATTN BANKRUPTCY COUNSEL
444 SOUTH FLOWER ST SUITE 900
LOS ANGELES, CA 90071-2934


VENABLE LLP
505 MONTGOMERY STREET SUITE 1400
SAN FRANCISCO, CA  94111


XPC/COMPAX IDEAS Y TECNOLOGIA SA DE CV
RIO DE JANEIRO 198 SAN ISIDRO
LONDRES Y BRUSELAS TORREON COAHUILA
MEXICO CP27100